# 05 - CV - 02533

nWed Dec 14 15:10:35 2005

UNITED STATES DISTRICT COURT

DENVER          , CO

Receipt No.   100 264865
Cashier       carol

Check Number:  3896

DO Code    Div No
 4613       1

Sub Acct Type Tender       Amount
1:510000  N     2           190.00
2:086900  N     2            60.00

Total Amount          $    250.00

FROM KILLMER LANE & NEWMAN LLP

FILING FEE 05-CV-2533, MONTOYA V. BD OF
COMMISSIONERS, CAH