UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**NOTICE OF LAWSUIT AND REQUEST FOR
WAIVER OF SERVICE OF SUMMONS**

CASE NUMBER: 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, in
their official and individual capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and individual
capacity,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN, in his official and
individual capacity,
DAVID PLATT, in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in their
official and individual capacities,
PARK COUNTY SHERIFF FRED WEGENER, in his official and individual capacity.

Defendants.

To: PARK COUNTY SHERIFF FRED WEGENER

A lawsuit has been commenced against you (or the entity on whose behalf you are
addressed). A copy of the Complaint is attached to this notice. It has been filed in the United
States District Court for the District of Colorado and has been assigned docket number 05-cv-
02533-EWN-MJW.

This is not a formal summons or notification from the court, but rather my request that you
sign and return the enclosed waiver of service in order to save the cost of serving you with a
judicial summons and an additional copy of the First Amended Complaint. The cost of service
will be avoided if I receive a signed copy of the waiver within 30 days after the date designated
below as the date on which this Notice and request is sent. I enclose a stamped and addressed
envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also
attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court
and no summons will be served on you. The action will then proceed as if you had been served
on the date the waiver is filed, except that you will not be obligated to answer the complaint
before 60 days from the date designated below as the date on which this notice is sent (or before
90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service.  In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side (or at the foot) of the waiver form.

I affirm that this request is being sent to you on behalf of the Plaintiff, this February 2, 2006.

_____
Signature of Plaintiff's Attorney or Unrepresented Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**WAIVER OF SERVICE OF SUMMONS**

CASE NUMBER: 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

       Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, in
their official and individual capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and individual
capacity,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN, in his official and
individual capacity,
DAVID PLATT, in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in their
official and individual capacities,
PARK COUNTY SHERIFF FRED WEGENER, in his official and individual capacity.

       Defendants.

**NOTICE**

TO:    David Lane

       I acknowledge receipt of your request that I waive service of a summons in the action of
Thomas Montoya v. Board of County Commissioners, Chaffee County, Colorado,
Chaffee County Sheriff Timothy Walker, Chaffee County Deputy Sheriff Scott Glenn,
David Platt, Board of County Commissioners, Park County, Colorado, Park County
Sheriff Fred Wegener, which is case number 05-cv-02533-EWN-MJW in the United States
District Court for the District of Colorado.

       I have also received a copy of the Complaint in the action, two copies of this instrument, and
a means by which I can return the signed waiver to you without cost to me.

       I agree to save the cost of service of a summons and an additional copy of the Complaint in
this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with
judicial process in the manner provided by Rule 4.

       I (or the entity on whose behalf I am acting) will retain all defenses or objections to the
lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the
summons or in the service of the summons.

       I understand that a judgment may be entered against me (or the party on whose behalf I am
acting) if an answer or motion under Rule 12 is not served upon you within 60 days after
February 2, 2006, or within 90 days after that date if the request was sent outside the United
States.

2-7-06
_____
Date

_~~~~~~~~~~~~~~~~~_
Signature

Printed/typed name:     Park County Sheriff
                        Fred Wegener
                        1180 County Rd 16
                        Fairplay, CO 80440

Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allow more time to answer than if the summons had been actually served when the request for waiver of service was received.