IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

MONTOYA, THOMAS,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, in their official and individual capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and individual capacity,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN<, in his official and individual capacity,
DAVID PLATT, in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in their official and individual capacities,
PARK COUNTY SHERIFF FRED WEGENER, in his official and individual capacity,

    Defendants.

___

**WAIVER OF SERVICE OF SUMMONS FROM DEFENDANTS
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO
AND PARK COUNTY SHERIFF FRED WEGENER**

___

TO:    David A. Lane, Esq.
        Killmer, Lane & Newman, LLP
        1543 Champa Street, Suite 400
        Denver, Colorado 80202

    Defendants Board of County Commissioners, Park County, Colorado and Park County Sheriff Fred Wegener acknowledge receipt of your request of February 2, 2006, that these Defendants waive service of a summons be pursuant to Fed. R. Civ. P. 4(d) in the above-captioned action of Thomas Montoya v. Board of County Commissioners, Chafee County, Colorado et. al., which is case number 05-cv-02533-EWN-MJW in the United States District

Court for the District of Colorado. These Defendants have also received a copy of the Complaint in the action.

These Defendants agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that they be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure. These Defendants will retain all defenses or objections to this lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

These Defendants understand that a judgment may be entered against them if an answer or motion under Rule 12 of the Federal Rules of Civil Procedure is not served upon you within 60 days after February 2, 2006, or by April 3, 2006

Dated this 16th day of February, 2006.

Respectfully submitted,

s/Andrew D. Ringel            .
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, AND PARK COUNTY SHERIFF FRED WEGENER**

2

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 16th day of February, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David A. Lane, Esq.
Killmer, Lane & Newman, LLP
dlane@killmerlane.com

and hereby certify that I have mailed or served the document or paper to the following non/CM/EMF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

None

    s/Loree Trout, Secretary to
    Andrew D. Ringel, Esq.
    Hall & Evans, L.L.C.
    1125 17th Street, Suite 600
    Denver, CO 80202-2052
    303-628-3300
    Fax: 303-293-3238
    ringela@hallevans.com

    **ATTORNEYS FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, AND PARK COUNTY SHERIFF FRED WEGENER**

H:\Users\RINGELA\park\Montoya, Thomas\waiver of service.DOC