IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, in their official and individual capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and individual capacity,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN, in his official and individual capacity,
DAVID PLATT, in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in their official and individual capacities,
PARK COUNTY SHERIFF FRED WEGENER, in his official and individual capacity.

    Defendants.
_____

## UNOPPOSED MOTION TO RESET SCHEDULING CONFERENCE
_____

Plaintiff THOMAS MONTOYA, through his counsel, David A. Lane and Marcel Krzystek of KILLMER, LANE & NEWMAN, LLP, hereby files the following Unopposed Motion to Reset Scheduling Conference, and in support thereof states as follows:

1. A Scheduling Conference in this case is presently set for February 23, 2006.

2. Plaintiff is still in the process of effecting service upon all Defendants. Andrew Ringel, counsel for Defendants Park County and Sheriff Wegener, may also represent Chaffee County, yet that is not certain at this time.

3. Furthermore, Mr. Ringel is scheduled to be in a deposition on February 23 at the time of the presently scheduled Scheduling Conference.

4. As a result of the above, the parties and their counsel require additional time in order to conduct a meaningful Rule 26(f) conference and to prepare a Scheduling Order.

5. Pursuant to Local Rule 7.1A, counsel for Plaintiff conferred with Andrew Ringel, counsel for Defendant Park County and Sheriff Wegener, who does not oppose the relief requested in this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court vacate the Scheduling Conference presently set for February 23, 2006 and to reset it for one of the following dates and times:

>March 27, 2006 at 3:00 p.m.

>March 28, 2006 at 10:00 a.m., 10:30 a.m., or 1:30 p.m.

>March 30, 2006 at 3:00 p.m.

Respectfully submitted this 17th day of February, 2006.

>KILLMER, LANE & NEWMAN LLP
>
>/s/ David A. Lane
>
>David A. Lane
>Marcel Krzystek
>1543 Champa St., Suite 400
>Denver, Colorado 80202
>(303) 571-1000
>dlane@killmerlane.com
>Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2006, I electronically filed the foregoing **UNOPPOSED MOTION TO RESET SCHEDULING CONFERENCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses

- **David Arthur Lane**
  dlane@killmerlane.com  hholtschneider@killmerlane.com

- **Andrew David Ringel**
    ringela@hallevans.com  troutl@hallevans.com; cmecf@hallevans.com

and I hereby certify that I have mailed or served the document or paper to the following participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

**Thomas Montoya**
902 Greenwood Ave. #6
Canon, City, CO 81212
(via U.S. mail)

**Board of County Commissioners, Chaffee County, Colorado**
P.O. Box 699,
104 Crestone Avenue
Salida, Colorado 81201
(via U.S. mail)

**David Platt**
Chaffee County Patrol & Investigation
1115 E. Rainbow Blvd.
Salida, Colorado 81201-2913
(via U.S. mail)

**Chaffee County Sheriff Timothy Walker**
Chaffee County Sheriff's Department
132 Crestone Ave
Salida, CO 81201-1566
(via U.S. mail)

**Chaffee County Deputy Sheriff Scott Glenn**
Chaffee County Sheriff's Department
132 Crestone Ave
Salida, CO 81201-1566
(via U.S. mail)

    KILLMER, LANE & NEWMAN, LLP

    /s/ David A. Lane
    _____
    David A. Lane
    KILLMER, LANE & NEWMAN, LLP
    1543 Champa Street, Suite 400
    Denver, CO 80202
    Telephone (303) 571-1000
    mkrzystek@killmerlane.com