IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

Plaintiff(s),

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Unopposed Motion to Reset Scheduling Conference, filed with the Court on February 17, 2006, Docket Number 8, is GRANTED. The scheduling conference set on February 23, 2006, at 9:00 a.m., is VACATED and RESET on March 27, 2006, at 3:00 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures. An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date:   February 17, 2006