IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

**THOMAS MONTOYA**,

    Plaintiff,

vs.

**BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO**, in their official and individual capacities,
**CHAFFEE COUNTY SHERIFF TIMOTHY WALKER**, in his official and individual capacity,
**CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN**, in his official and individual capacity,
**DAVID PLATT**, in his official and individual capacity,
**BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO**, in their official and individual capacities,
**PARK COUNTY SHERIFF FRED WEGENER**, in his official and individual capacity.

    Defendants.

## ENTRY OF APPEARANCE

The undersigned, being duly licensed to practice law in the state of Colorado and admitted to the bar of this court, hereby enters his appearance on behalf of defendant Scott Glenn.

Dated this 20th day of March 2006, in Littleton, Colorado.

Respectfully submitted,

*s/ Anthony Melonakis*

_____
Anthony Melonakis
SUTTON, MELONAKIS & GULLEY, P.A.
26 W. Dry Creek Circle, Suite 375
Littleton, CO  80120
(303) 730-0210
E-mail:  a_melonakis@hotmail.com

Attorney for defendant Scott Glenn

### **CERTIFICATE OF SERVICE (CM/ECF)**

The undersigned hereby certifies that on this 20th day of March, 2006 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mal addresses:

David A. Lane, Esq. (DLane@killmerlane.com)

Marcel Krzystek, Esq. (MKrzystek@killmerlane.com)

Andrew D. Ringel, Esq. (RINGELA@HallEvans.com)

*s/ Anthony Melonakis*

_____