IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, in their official and individual capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and individual capacity,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN, in his official and individual capacity,
DAVID PLATT, in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in their official and individual capacities,
PARK COUNTY SHERIFF FRED WEGENER, in his official and individual capacity.

    Defendants.
_____

## ENTRY OF APPEARANCE
_____

    Marcel Krzystek of the law firm of KILLMER, LANE & NEWMAN, LLP, hereby enters his appearance as attorney of record for Plaintiff Thomas Montoya.

    Respectfully submitted this 20th day of March, 2006.

                                KILLMER, LANE & NEWMAN, LLP

                                s/ Marcel Krzystek
                                _____
                                Marcel Krzystek
                                1543 Champa St., Suite 400
                                Denver, Colorado 80202
                                (303) 571-1000
                                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

       I hereby certify that on March 20, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses

- **David Arthur Lane**
  dlane@killmerlane.com hholtschneider@killmerlane.com
- **Anthony Melonakis**
  a_melonakis@hotmail.com
- **Andrew David Ringel**
  ringela@hallevans.com troutl@hallevans.com;cmecf@hallevans.com

and I hereby certify that I have mailed or served the document or paper to the following participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    **David Platt**
    Chaffee County Patrol & Investigation
    1115 E. Rainbow Blvd.
    Salida, Colorado 81201-2913

    (via U.S. mail)

                                    KILLMER, LANE & NEWMAN, LLP

                                    s/ Marcel Krzystek
                                    _____
                                    Marcel Krzystek
                                    KILLMER, LANE & NEWMAN, LLP
                                    1543 Champa Street, Suite 400
                                    Denver, CO 80202
                                    Telephone (303) 571-1000
                                    mkrzystek@killmerlane.com