IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, in their official and individual capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and individual capacity,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN, in his official and individual capacity,
DAVID PLATT, in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in their official and individual capacities,
PARK COUNTY SHERIFF FRED WEGENER, in his official and individual capacity,

    Defendants.

## ENTRY OF APPEARANCE

Edmund M. Kennedy, Esq. of Hall & Evans, L.L.C. hereby enters his appearance as counsel for Defendants Board of County Commissioners of Chaffee County, Colorado, Chaffee County Sheriff Timothy Walker, in his official and individual capacity, Board of County Commissioners of Park County, Colorado, and Park County Sheriff Fred Wegener, in his official and individual capacity.

Dated this 24th day of March 2006.

Respectfully submitted,

s/ Edmund M. Kennedy, Esq.
Andrew Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
303-628-3300
303-628-3368 (fax)
ringela@hallevans.com
kennedye@hallevans.com

**ATTORNEYS FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, PARK COUNTY SHERIFF FRED WEGENER, BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, CHAFFEE COUNTY SHERIFF TIMOTHY WALKER**

**CERTIFICATE OF MAILING**

I hereby certify that on this 24th day of March 2006, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/EFC system which will send notification of such filing to the following e-mail addresses:

David A. Lane, Esq.
Marcel Krzystek, Esq.
Killmer, Lane & Newman, LLP
dlane@killmerlane.com
mkrzystek@killmerlane.com

Anthony Melonakis, Esq.
Sutton, Melonakis & Gulley, PA
amelonakis@smglaw.us

and hereby certify that I have mailed or served the document or paper to the following non/CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

David Platt
Chaffee County Patrol & Investigation
1115 E. Rainbow Blvd.
Salida, CO 81201-2913

s/Marlene Wilson, Secretary to
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
303-628-3300
303-628-3368 (fax)
ringela@hallevans.com
kennedye@hallevans.com

**ATTORNEYS FOR DEFENDANTS DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, PARK COUNTY SHERIFF FRED WEGENER, BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, CHAFFEE COUNTY SHERIFF TIMOTHY WALKER**