IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

**THOMAS MONTOYA**,

    Plaintiff,

vs.

**BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO**, in their official and individual capacities,
**CHAFFEE COUNTY SHERIFF TIMOTHY WALKER**, in his official and individual capacity,
**CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN**, in his official and individual capacity,
**DAVID PLATT**, in his official and individual capacity,
**BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO**, in their official and individual capacities,
**PARK COUNTY SHERIFF FRED WEGENER**, in his official and individual capacity.

    Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Scott Glenn, by and through his attorney, Anthony Melonakis of the law firm of SUTTON, GULLEY & MELONAKIS, P.A., respectfully requests that this Honorable Court grant him additional time, up to and including ten (10) days after the court rules on the defendants' partial motion to dismiss, to respond to plaintiff's complaint.

AS GROUNDS in support of this motion, defendant Glenn shows unto the court as follows:

1. The undersigned, in accordance with D.C.COLO.L.Civ.R 7.1A, hereby certifies that he has consulted with plaintiff's attorney and plaintiff does not object to the relief being sought herein.

2. Defendants filed a partial motion to dismiss seeking, *inter alia*, to dismiss plaintiff's first claim for relief as being time-barred by the applicable statute of limitations.

3. A majority of courts interpreting Fed. R. CIV. P. 12(a), hold that a partial rule 12 motion tolls the time for serving a responsive pleading to the unchallenged claims, *e.g., Goldlewski v. Affiliated Computer Services*, 210 F.R.D. 571, 572-73 (E.D. Va. 2002)(collecting cases and authority). There is a single case that espouses a contrary rule. *Id.* at 272.

4. Out of an abundance of caution, defendant Glenn requests that the court grant him additional time as provided for in FED. R. CIV. P. 12(a)(4)(A), *i.e.*, 10 days after the court's action on defendants' partial motion to dismiss, to respond to the remainder of the claims asserted against him in this action.

5. The undersigned hereby certifies that a copy of this order is being served upon his client in accordance with D.C. COLO.L.Civ.R. 6.1D.

WHEREFORE, defendant Scott Glenn requests that the Court grant him additional time to respond, up to and including 10 days after the court rules on defendants' partial motion to dismiss, to the remaining claims asserted against

him in this action.

Dated this 31th day of March 2006, in Littleton, Colorado.

Respectfully submitted,

*s/ Anthony Melonakis*

_____
Anthony Melonakis
SUTTON, MELONAKIS & GULLEY, P.A.
26 W. Dry Creek Circle, Suite 375
Littleton, CO 80120
(303) 730-0210
E-mail: a_melonakis@hotmail.com

Attorney for defendant Scott Glenn

## **CERTIFICATE OF SERVICE (CM/ECF)**

The undersigned hereby certifies that on this 31th day of March, 2006 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mal addresses:

David A. Lane, Esq. (DLane@killmerlane.com)

Marcel Krzystek, Esq. (MKrzystek@killmerlane.com)

Andrew D. Ringel, Esq. (RINGELA@HallEvans.com)

*s/ Anthony Melonakis*
_____

3