IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

Plaintiff(s),

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, et al.,

Defendant(s).

_____

MINUTE ORDER

_____

It is hereby ORDERED that Defendant Glenn's Unopposed Motion for Extension of Time (docket no. 22) is DENIED.  In this case, a Rule 16 Scheduling Order was entered on March 27, 2006.  The deadlines to complete discovery have been set and are listed in the Rule 16 Scheduling Order.  Defendant Glenn's Partial Motion to Dismiss (docket no. 19), even if granted by Judge Nottingham, will not depose of this case.  There is no basis to delay discovery.  The legal authority cited by Defendant Glenn is not binding upon this court and Defendant Glenn has failed to cite any legal authority from the Tenth Circuit Court of Appeals or from the United States Supreme Court to support Defendant Glenn's request for relief.

It is FURTHER ORDERED that Defendant Glenn shall file his Answer on or before April 21, 2006.

Date:   April 11, 2006