IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN,
DAVID PLATT,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO,
PARK COUNTY SHERIFF FRED WEGENER,

Defendants.

_____

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF JOINT MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT**

_____

Defendants Board of County Commissioners of Chaffee County, Colorado, Timothy Walker, Scott Glenn, Board of County Commissioners of Park County, Colorado, and Fred Wegener, by and through their respective counsel, Andrew D. Ringel, Esq. and Edmund M. Kennedy, Esq. of Hall & Evans, L.L.C., and Anthony Melonakis, Esq. of Sutton Melonakis & Gulley, PA, hereby submit this Unopposed Motion for Extension of Time to File Reply In Support of Joint Motion for Partial Dismissal of Plaintiff's Complaint, and as grounds therefore, state as follows:

1.      Plaintiff filed his Civil Rights Complaint ("Plaintiff's Complaint") in this Court on December 14, 2005.

2.      On March 27, 2006, Defendants Board of County Commissioners of Chaffee County, Colorado, Timothy Walker, Board of County Commissioners of Park County, Colorado, and Fred Wegener filed an Answer to Plaintiff's Complaint.

3.      On this same date, Defendants Board of County Commissioners of Chaffee County, Colorado, Timothy Walker, Board of County Commissioners of Park County, Colorado, and Fred Wegener, along with Defendant Scott Glenn, filed a Joint Motion for Partial Dismissal of Plaintiff's Complaint.

4.      On April 17, 2006, Plaintiff filed his Response to Motion for Partial Dismissal of Plaintiff's Complaint.  The Reply in Support of the Joint Motion is due on or before May 2, 2006.

5.      On April 21, 2006, Defendant Scott Glenn filed his Answer to Plaintiff's Complaint.

6.      For purposes of consolidating Defendants' efforts, as well as enabling Defendants to provide this Court with concise pleadings, the undersigned requires and respectfully requests an extension of time up to and including May 12, 2006, to submit their Joint Reply in Support of Motion for Partial Dismissal of Plaintiff's Complaint.  This extension allows defense counsels the ability to provide this Court with one joint pleading for all Defendants in this action.

7.      This short extension of time will not prejudice Plaintiff.  No previous extensions have been requested concerning Defendants Joint Motion for Partial Dismissal.  On March 31, 2006, Defendants Scott Glenn sought and received one prior unopposed extension as to the filing of his Answer to Plaintiff's Complaint.

8.      Pursuant to D.C.Colo.LCivR 7.1(A), the undersigned has conferred with Plaintiff's Counsel, Marcel Krzystek, Esq., concerning this Motion and was informed that Plaintiff does not oppose the Motion.

9.      Pursuant to D.C.Colo.LCivR 6.1(D), a copy of this Motion has been served on Defendants, as indicated on the certificate of mailing.

WHEREFORE, for all the foregoing reasons, Defendants respectfully requests this Court enter an Order allowing them up to and including May 12, 2006, by which to file a Reply in Support of Joint Motion for Partial Dismissal of Plaintiff's Complaint.

Dated this 1st day of May 2006.

Respectfully submitted,


s/ Edmund M. Kennedy                          s/ Anthony Melonakis
Andrew D. Ringel, Esq.                        Anthony Melonakis, Esq.
Edmund M. Kennedy, Esq.                       Sutton Melonakis & Gulley, PA
of HALL & EVANS, L.L.C.                        26 W. Dry Creek Circle, Suite 375
1125 17th Street, Suite 600                    Littleton, CO 80120-8065
Denver, CO 80202-5800                          (303) 730-0210
(303) 628-3300                                 amelonakis@smglaw.us
ringela@hallevans.com
kennedye@hallevans.com                         **ATTORNEYS FOR**
                                               **DEFENDANT SCOTT GLENN**
**ATTORNEYS FOR DEFENDANTS**
**BOARD OF COUNTY COMMISSIONERS**
**OF CHAFFEE COUNTY, TIMOTHY WALKER,**
**BOARD OF COUNTY COMMISSIONERS OF**
**PARK COUNTY, AND FRED WEGENER**

## CERTIFICATE OF MAILING

I hereby certify that on this 1st day of May 2006, I electronically filed the foregoing with the Clerk of Court using the CM/EFC system which will send notification of such filing to the following e-mail addresses:

David A. Lane, Esq.                            Marcel Krzystek, Esq.
dlane@killmerlane.com                    mkrzystek@killmerlane.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/EFC participants in the manner indicated by the non-participant's name:

David Platt
Chaffee County Patrol & Investigation
1115 E. Rainbow Blvd.
Salida, CO 81201-2913

**Clients:**

Chaffee County BOCC                        Park County BOCC
Timothy Walker, and Scott Glenn       Fred Wegener
c/o Jennifer Davis, Esq.                      c/o Stephen Groome, Esq.
Chaffee County Attorney                     Park County Attorney
P.O. Box 5137                                     PO. Box 1373
Buena Vista, CO 81211                        Fairplay, CO 80440


s/Loree Trout, Secretary to
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3628
ringela@hallevans.com
kennedye@hallevans.com
**ATTORNEYS FOR DEFENDANTS
BOCC OF CHAFFEE COUNTY,
BOCC OF PARK COUNTY,
TIM WALKER, FRED WEGENER**

H:\Users\RINGELA\park\Montoya, Thomas\Mot- Ext for Reply to Partial MTD.doc