IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN,
DAVID PLATT,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO,
PARK COUNTY SHERIFF FRED WEGENER,

Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF JOINT MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT

The Court, having reviewed defendant's "Unopposed Motion for Extension of Time to File Reply In Support of Joint Motion for Partial Dismissal of Plaintiff's Complaint," being duly advised in the premises, and for good cause shown, DOES HEREBY grant the motion. Defendants will have up to and including May 12, 2006, to file their Reply In Support of Joint Motion for Partial Dismissal of Plaintiff's Complaint.

DONE ON THIS ___DAY OF May 2006.

By the Court:

_____
U.S. District Court Judge