IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05-cv-02533-EWN-MJW

**THOMAS MONTOYA**,

    Plaintiff,

vs.

**BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO**, in their official and individual capacities,
**CHAFFEE COUNTY SHERIFF TIMOTHY WALKER**, in his official and individual capacity,
**CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN**, in his official and individual capacity,
**DAVID PLATT**, in his official and individual capacity,
**BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO**, in their official and individual capacities,
**PARK COUNTY SHERIFF FRED WEGENER**, in his official and individual capacity.

    Defendants.

## NOTICE OF CHANGE OF ADDRESS

    PLEASE TAKE NOTICE that defendant Scott Glenn's attorney, Anthony Melonakis, has changed his address and is now located at:

    Law Firm of Anthony Melonakis
    1660 Wynkoop, Suite 800
    Denver, Colorado 80202
    (303) 730-0210
    Fax: (866) 552-3233

Dated this 6th day of May 2006, in Denver, Colorado.

                                Respectfully submitted,

                                *s/ Anthony Melonakis*
                                _____
                                Anthony Melonakis
                                LAW FIRM OF ANTHONY MELONAKIS
                                1660 Wynkoop, Suite 800
                                Denver, CO  80202
                                (303) 730-0210
                                E-mail:  a_melonakis@hotmail.com

                                Attorney for defendant Scott Glenn

## **CERTIFICATE OF SERVICE (CM/ECF)**

The undersigned hereby certifies that on this 6th day of May, 2006 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mal addresses:

David A. Lane, Esq. (DLane@killmerlane.com)

Marcel Krzystek, Esq. (MKrzystek@killmerlane.com)

Andrew D. Ringel, Esq. (RINGELA@HallEvans.com)

                                *s/ Anthony Melonakis*
                                _____