IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, et. al.

      Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY**
_____

      This matter comes before the Court on the Unopposed Motion for Extension of Time to Respond to Plaintiff's First Set of Written Discovery filed on May 17, 2006, by Defendants Board of County Commissioners of Chaffee County, Scott Glenn and Board of County Commissioners of Park County. The Court hereby Orders as follows:

      The Motion is granted. The above named Defendants shall have until and including May 30, 2006, to respond to the Plaintiff's First Set of Written Discovery directed at each of them.

      Dated this _____ day of May, 2006.

                            BY THE COURT:

                            _____
                            Michael J. Watanabe
                            United States Magistrate Judge