IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN,
DAVID PLATT,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO,
PARK COUNTY SHERIFF FRED WEGENER,

      Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY**
with Proposed Order

---

      Defendants Board of County Commissioners of Chaffee County, Colorado, Scott Glenn, and Board of County Commissioners of Park County, Colorado, and Fred Wegener, by and through their respective counsel, Andrew D. Ringel, Esq. and Edmund M. Kennedy, Esq. of Hall & Evans, L.L.C., and Anthony Melonakis, Esq. hereby submit this Unopposed Motion for Extension of Time to Respond to Plaintiff's First Set of Written Discovery, and as grounds therefore, state as follows:

      1.      On April 18, 2006, Plaintiff served the following written discovery:  (1) Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendant Park County; (2) Plaintiff's First Set of Interrogatories and Requests for Production of Documents to

Defendant Chaffee County; and (3) Plaintiff's First Set of Interrogatories, Requests for Production of Documents and Requests for Admission to Defendant Scott Glenn.  Pursuant to the applicable Federal Rules of Civil Procedure, these Defendants' responses to the Plaintiff's first set of written discovery directed at them are due on May 18, 2006.  Despite diligent efforts, counsel for these Defendants and their clients require additional time to provide responses to the Plaintiff's written discovery and to collect the responsive documents.  Accordingly, these Defendants request an extension of twelve (12) days until and including May 30, 2006, to respond to the first set of written discovery from the Plaintiff directed at them.

2.       Pursuant to D.C.Colo.LCivR 7.1(A), counsel for these Defendants, Andrew D. Ringel, Esq. and Anthony Melonakis, Esq. conferred with Plaintiff's Counsel, Marcel Krzystek, Esq., concerning this Motion and was informed that Plaintiff does not oppose the Motion.

3.       Pursuant to D.C.Colo.LCivR 6.1(D), a copy of this Motion has been served on Defendants, as indicated on the certificate of mailing.

WHEREFORE, for all the foregoing reasons, Defendants Board of County Commissioners of Park County, Scott Glenn and Board of County Commissioners of Chaffee County respectfully requests this Court enter an Order allowing them up to and including May 30, 2006, to respond to the Plaintiff's first set of written discovery directed at each of them, and for all other and further relief as this Court deems just and appropriate.

Dated this 17th day of May 2006.

Respectfully submitted,


s/ Andrew D. Ringel_____          s/ Anthony Melonakis_____
Andrew D. Ringel, Esq.                  Anthony Melonakis, Esq.
Edmund M. Kennedy, Esq.                 1660 Wynkoop Street, Suite 800
of HALL & EVANS, L.L.C.                 Denver, Colorado 80202
1125 17th Street, Suite 600             (303) 730-0210
Denver, CO 80202-5800                   amelonakis@hotmail.com
(303) 628-3300
ringela@hallevans.com
kennedye@hallevans.com                  **ATTORNEYS FOR**
                                        **DEFENDANT SCOTT GLENN**
**ATTORNEYS FOR DEFENDANTS**
**BOARD OF COUNTY COMMISSIONERS**
**OF CHAFFEE COUNTY, TIMOTHY WALKER,**
**BOARD OF COUNTY COMMISSIONERS OF**
**PARK COUNTY, AND FRED WEGENER**

## CERTIFICATE OF SERVICE (ECF)

I hereby certify that on this 17th day of May 2006, I electronically filed the foregoing with the Clerk of Court using the CM/EFC system which will send notification of such filing to the following e-mail addresses:

David A. Lane, Esq.                Marcel Krzystek, Esq.                Anthony Melonakis
dlane@killmerlane.com          mkrzystek@killmerlane.com   a_melonakis@hotmail.com


and I hereby certify that I have mailed or served the document or paper to the following non-CM/EFC participants in the manner indicated by the non-participant's name:

David Platt
Chaffee County Patrol & Investigation
1115 E. Rainbow Blvd.
Salida, CO 81201-2913

**Clients:**
Chaffee County BOCC                      Park County BOCC
Timothy Walker, and Scott Glenn    Fred Wegener
c/o Jennifer Davis, Esq.                    c/o Stephen Groome, Esq.
Chaffee County Attorney                   Park County Attorney
P.O. Box 5137                                   PO. Box 1373
Buena Vista, CO 81211                     Fairplay, CO 80440


s/Loree Trout, Secretary to
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com
kennedye@hallevans.com
**ATTORNEYS FOR DEFENDANTS
BOCC OF CHAFFEE COUNTY,
BOCC OF PARK COUNTY,
TIM WALKER, FRED WEGENER**

H:\Users\RINGELA\park\Montoya, Thomas\extend motion discovery.doc