IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion for Extension of Time to Respond to Plaintiff's First Set of Written Discovery, which was filed on May 17, 2006, is granted. Accordingly, defendants Board of County Commissioners of Park County, Scott Glenn and Board of County Commissioners of Chaffee County shall have up to and including May 30, 2006, to respond to the plaintiff's first set of written discovery directed at each of them.

Date:  May 18, 2006