IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, in their official and individual capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and individual capacity,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN, in his official and individual capacity,
DAVID PLATT, in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in their official and individual capacities,
PARK COUNTY SHERIFF FRED WEGENER, in his official and individual capacity.

    Defendants.

---

**JOINT STIPULATED MOTION FOR PROTECTIVE ORDER**
with proposed Protective Order

---

Plaintiff Thomas Montoya and Defendants Board of County Commissioners of Park Chaffee County, Timothy Walker, Scott Glenn, Board of County Commissioners of Park County, and Fred Wegener, by and through their respective counsel, Killmer, Lane & Newman, LLP, Hall & Evans, L.L.C., and Anthony Melonakis, Esq., hereby submit this Joint Stipulated Motion for Protective Order, and as grounds therefore state as follows:

    1.    Certain documents of Defendants that may be requested and produced in this matter may contain certain personnel and employment information for the Defendants or

employees of Defendants Chaffee County and Park County or individuals incarcerated in the Chaffee County Jail or the Park County Jail as to which the individuals possess privacy interests.

    2.    Certain documents of Plaintiff that may be requested and produced in this matter may also contain personal, confidential, and medical information protected under constitutional or statutory provisions or under common law privacy interests. In particular, due to the nature of the Plaintiff's claim and requested damages, Plaintiff's medical records will be produced in this matter and Plaintiff retains some privacy interests in such information as to collateral persons.

    3.    Nothing contained in this Motion should be construed as an acknowledgement by either the Plaintiff or the Defendants that any specific information that could fall into any of the categories outlined above is properly discoverable pursuant to the applicable Federal Rules of Civil Procedure and federal and Colorado law.

WHEREFORE, for all of the foregoing reasons, the Plaintiff Thomas Montoya and the Defendants Board of County Commissioners of Chaffee County, Timothy Walker, Scott Glenn, Board of County Commissioners of Park County, and Fred Wegener respectfully request this Court enter the attached Protective Order as an Order of this Court.

Dated this 31st day of May, 2006.

Respectfully submitted,


s/ Marcel Krzystek_____
David A. Lane, Esq.
Marcel Krzystek, Esq.
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
Telephone (303) 571-1000
*Counsel for Plaintiff*

s/ Andrew D. Ringel
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans LLC
1125 17th Street, Suite 600
Denver, CO 80202
(303) 628.3453
*Counsel for Defendants Board of County Commissioners of Chaffee County, Timothy Walker, Board of County Commissioners of Park County, and Fred Wegener*


s/ Anthony Melonakis         .
Anthony Melonakis, Esq.
1660 Wynkoop, Suite 800
Denver, CO 80202
303-730-0210
a_melonakis@hotmail.com
Counsel for Defendant Scott Glenn

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David A. Lane, Esq.
dlane@killmerlane.com

Marcel Krzystek, Esq.
mkrzystek@killmerlane.com

Anthony Melonakis, Esq.
a_melonakis@hotmail.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/EFC participants in the manner indicated by the non-participant's name:

David Platt
Chaffee County Patrol & Investigation
1115 E. Rainbow Blvd.
Salida, CO 81201-2913

    s/ Loree Trout, Secretary to
    Andrew D. Ringel, Esq.
    Edmund M. Kennedy, Esq.
    Hall & Evans, L.L.C.
    1125 17th Street, Suite 600
    Denver, CO 80202-2052
    303-628-3300
    Fax: 303-293-3238
    ringela@hallevans.com
    kennedye@hallevans.com
    **ATTORNEYS FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF CHAFFEE COUNTY, TIMOTHY WALKER, BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, AND FRED WEGENER**

H:\Users\RINGELA\park\Montoya, Thomas\motion for protective order.doc