

**COLORADO
SECURITY & INVESTIGATIONS**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 2 2006

GREGORY C. LANGHAM
CLERK

**COPY**

30 May 2006

Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
The Odd Fellows Hall
Denver, Colorado
80202

Re: Civil Action 05 CV 02533 — EWN - MJW
    Thomas Montoya vs. Board of County Commissioners, Chaffee County, *et al.*

Attention: Marcel Krzystek

Thank you for your letter of 22 May 2006. I appreciate your bringing me 'up to speed' with regard to the Federal Rules of Civil Procedure. While I am somewhat more acquainted with the Colorado Rules of Civil Procedure, the federal rules are unfamiliar to me.

I appreciate the additional time to respond to the original complaint, also per your letter of 22 May 2006. Thank you. **My responsive pleading to the complaint is attached with this letter.**

Copies of my responsive pleading will be submitted to the Court and counsel(s) for the other defendants, at this time, as well.

Again, thank you for your cooperation and understanding.

Professional regards,

David Platt

Cc: Andrew Ringel, Esq.
    Anthony Melonakis, Esq.
    Jennifer Davis, Esq.
    U.S. District Court for the District of Colorado

1115 E. RAINBOW BLVD • SALIDA, CO 81201 • 719.539.9000 • 719.530.1999 • 775.871.9827 FAX
dpbailco@chaffeeco.net

# KILLMER, LANE & NEWMAN, LLP    ATTORNEYS AT LAW

1543 CHAMPA ST. • SUITE 400 • THE ODD FELLOWS HALL • DENVER, CO 80202
303.571.1000 • FAX: 303.571.1001 • www.killmerlane.com

DAROLD W. KILLMER
DAVID A. LANE
MARI NEWMAN
MARCEL KRZYSTEK
SARA J. RICH

May 22, 2006

**David Platt**
1115 E. Rainbow Blvd.
Salida, CO 81201-2913

**COPY**

Re:  **Montoya v. Chaffee County, et al.**
District of Colorado Case No.: 05-cv-2533-EWN-MJW

Dear Mr. Platt:

Thank you for your responses to the written discovery requests which I received from you last Friday. I have forwarded your responses to Mr. Melonakis (attorney for Scott Glenn) and Mr. Ringel (attorney for the remaining defendants).

I again want to bring to your attention an issue which I raised in my April 18 letter to you. Under the federal rules, you have 60 days from the date that the waiver of service was sent to file an answer or otherwise respond to the Complaint, and failure to do so may result in a default judgment against you. That deadline has now passed. Nevertheless, it is our intent to provide you every opportunity to defend yourself in this lawsuit, and I am reluctant to ask the court to enter a default judgment against you. However, you must file an Answer or other appropriate pleading so that the issues can properly be framed and presented. Be advised that if you do not file an appropriate responsive pleading on or before **Friday, June 2, 2006**, I will seek the court's intervention and possibly a default judgment against you.

So long as you are not represented by counsel, please feel free to contact me with any questions or concerns.

I thank you for your anticipated cooperation and look forward to hearing from you soon.

Sincerely,

KILLMER, LANE & NEWMAN, LLP

Marcel Krzystek

Cc:  Andrew Ringel, Esq.
     Anthony Melonakis, Esq.