IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN,
DAVID PLATT,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO,
PARK COUNTY SHERIFF FRED WEGENER,

      Defendants.

## UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE

Defendants Board of County Commissioners of Chaffee County, Colorado, Timothy Walker, Board of County Commissioners of Park County, Colorado, and Fred Wegener, by and through their counsel, Andrew D. Ringel, Esq. and Edmund M. Kennedy, Esq. of Hall & Evans, L.L.C., hereby respectfully submit this Unopposed Motion to Vacate Settlement Conference, as follows:

    1.    At the Scheduling Conference held before United States Magistrate Judge Michael J. Watanabe on March 27, 2006, a Settlement Conference was set for June 15, 2006, at 1:30 p.m. To date, the parties have not completed sufficient discovery to make a Settlement Conference productive in this case. The undersigned counsel has communicated with all other counsel and the *pro se* Defendant and everyone is in agreement that the Settlement Conference should be postponed until a later date. As a result, these Defendants request the Settlement

Conference be rescheduled.  Prior to filing the instant Motion, the undersigned counsel for these Defendants contacted counsel for the Plaintiff, counsel for Defendant Scott Glenn, and David Platt, as well as the Chambers of United States Magistrate Judge Watanabe and cleared the date of September 21, 2006, at 3:00 p.m. on all necessary calendars.  Accordingly, these Defendants request the Settlement Conference be rescheduled for that date.

2. Pursuant to D.C.Colo.L.Civ.R. 7.1(A), counsel for these Defendants contacted counsel for the Plaintiff, Marcel Krzystek, Esq., counsel for Defendant Scott Glenn, Anthony Melonakis, Esq., and David Platt, who is appearing *pro se* in this matter.  Mr. Krzystek, Mr. Melonakis and Mr. Platt all indicated that they do not oppose this Motion.  In addition, pursuant to D.C.Colo.L.Civ.R. 6.1(D), the undersigned counsel's client representatives have been served with a copy of this Motion as reflected on the attached certificate of service.

WHEREFORE, for all of the foregoing reasons, Defendants Board of County Commissioners of Chaffee County, Colorado, Timothy Walker, Board of County Commissioners of Park County, Colorado, and Fred Wegener respectfully requests this Court reschedule the June 15, 2006, Settlement Conference until September 21, 2006, at 3:00 p.m., and for all other and further relief as this Court deems just and appropriate.

Dated this 9th day of June, 2006.

                Respectfully submitted,

                s/Andrew D. Ringel
                Andrew D. Ringel, Esq.
                Edmund M. Kennedy, Esq.
                of HALL & EVANS, L.L.C.
                1125 17th Street, Suite 600
                Denver, CO 80202-5800
                (303) 628-3300
                ringela@hallevans.com
                kennedye@hallevans.com

**ATTORNEYS FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF CHAFFEE COUNTY, TIMOTHY WALKER, BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, AND FRED WEGENER**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/EFC system which will send notification of such filing to the following e-mail addresses:

David A. Lane, Esq.
dlane@killmerlane.com

Marcel Krzystek, Esq.
mkrzystek@killmerlane.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/EFC participants in the manner indicated by the non-participant's name:

David Platt
Chaffee County Patrol & Investigation
1115 E. Rainbow Blvd.
Salida, CO 81201-2913

Jennifer Davis, Esq.
Chaffee County Attorney
P.O. Box 5137
Buena Vista, CO 81211

Stephen Groome, Esq.
Park County Attorney
P.O. Box 1373
Fairplay, CO 80440

                                                s/Loree Trout, Secretary to
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com
kennedye@hallevans.com
**ATTORNEYS FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF CHAFFEE COUNTY, TIMOTHY WALKER, BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, AND FRED WEGENER**

H:\Users\RINGELA\park\Montoya, Thomas\motion to vacate settle conf.doc