**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  05-cv-02533-EWN-MJW                FTR

**Date:**  July 5, 2006                                  Shelley Moore, Deputy Clerk

THOMAS MONTOYA,                                          David A. Lane

          Plaintiff(s),

v.

BOARD OF COUNTY COMMISSIONERS OF                         Andrew D. Ringel
CHAFFEE COUNTY, ET AL.,                                  David Platt, Pro se
                                                         Anthony Melonakis (via telephone)

          Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

**PRELIMINARY PRETRIAL CONFERENCE**

**Court in session 8:37 a.m.**

Court calls case.  Appearances of counsel and Pro se Defendant Platt.

The proposed Preliminary Pretrial Order is reviewed.

**ORDERED:**  The Preliminary Pretrial Order is approved and shall be filed as amended on the record.

Counsel are reminded of the previously scheduled settlement conference, which is set for September 21, 2006, at 3:00 p.m. in Courtroom A502.

**Court in Recess 8:42 a.m.**
Total In-Court Time 0:05, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.