IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



JUL 1 1 2006

EXHIBIT A

Civil Action No. 05-cv-02533-EWN

THOMAS MONTOYA,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, in their official and individual capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and individual capacity,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN, in his official and individual capacity,
DAVID PLATT, in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in their official and individual capacities,
PARK COUNTY SHERIFF FRED WEGENER, in his official and individual capacity.

    Defendants.

## NOTICE OF DEPOSITION

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the undersigned counsel of record for the plaintiff in this case will take the deposition of **Fred Wegener** pursuant to Federal Rules of Civil Procedure at **1543 Champa Street, Suite 400, Denver, CO 80202.** Said deposition will commence at **9:00 a.m., on July 19, 2006,** and shall continue throughout the day as necessary until completed.

DATED this 11th day of July 2006.

*David A. Lane* (signature)

---

David A. Lane
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF MAILING

I certify that a true and correct copy of the foregoing NOTICE OF DEPOSITION was electronically mailed, on this 11th day of July 2006, to the following:

Anthony Melonakis, Esq.
Law Firm of Anthony Melonakis
1660 Wynkoop, Suite 800
Denver, Colorado 80202
a_melonakis@hotmail.com

David Platt
Chaffee County Patrol & Investigation
1115 E. Rainbow Blvd.
Salida, Colorado 81201-2913
dpbailco@chaffeeco.net

Andrew David Ringel, Esq.
Hall & Evans LLC
1125 17th Street, Suite 600
Denver, CO 80202
ringela@hallevans.com

*Heather S. Magga* (signature)