IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN,
DAVID PLATT,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO,
PARK COUNTY SHERIFF FRED WEGENER,

Defendants
_____

**REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER
FROM DEFENDANT WEGENER, AND REQUEST FOR EXPEDITED RULING**
_____

Defendant Fred Wegener, by and through counsel, Andrew D. Ringel, Esq. and Edmund M. Kennedy, Esq. of Hall & Evans, L.L.C., respectfully submits the following Reply in Support of Motion for Protective Order and Request for Expedited Ruling, as follows:

1.      On July 14, 2006, Defendant Wegener submitted a Motion for Protective Order seeking this Court to Order that his deposition be taken at his place of residence, Fairplay, Colorado.

2.      On July 18, 2006, Plaintiff filed a Response to Motion for Protective Order.  In his Response, Plaintiff implies that if the protective order is granted, it would adversely effect the deposition of Defendant David Platt, who is proceeding *pro se* in this matter, whose deposition is scheduled for the afternoon of the same day as Defendant Wegener's deposition.

3.      However, as stated in the Motion for Protective Order, Defendant David Platt has expressed to the undersigned that the taking of his deposition in Fairplay, Colorado would be more cost effective and convenient for him since he works and resides in Salida, Colorado.  Mr. Platt must pass through Fairplay, Colorado, in order to get to Plaintiff's counsel's office and he too would save four hours of travel time if the depositions scheduled for tomorrow were held in Fairplay, Colorado.   As such, if the Court grants the protective order requiring that Sheriff Wegener be deposed in Fairplay, Colorado, Mr. Platt has already agreed to the taking of his deposition in Fairplay, Colorado at 1:00 p.m.

4.      For such reasons set forth above, as well as those contained in the Motion for Protective Order, Defendants Fred Wegener respectfully requests this Court grant him a protective order requiring Plaintiff to take his deposition in Fairplay, Colorado, and for all other and further relief as this Court deems just and appropriate.

Dated this 18th day of July 2006.

Respectfully submitted,


s/ Edmund M. Kennedy
Andrew Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
303-628-3300
303-628-3368 (fax)
ringela@hallevans.com
kennedye@hallevans.com
**ATTORNEYS FOR DEFENDANT
PARK COUNTY SHERIFF
FRED WEGENER**

## CERTIFICATE OF MAILING

I hereby certify that on this 18th day of July 2006, I electronically filed the foregoing **REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER FROM DEFENDANT WEGENER AND REQUEST FOR EXPEDITED RULING** with the Clerk of Court using the CM/EFC system which will send notification of such filing to the following e-mail addresses:

David A. Lane, Esq.
dlane@killmerlane.com

Marcel Krzystek, Esq.
mkrzystek@killmerlane.com

Anthony Melonakis, Esq.
a_melonakis@hotmail.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/EFC participants in the manner indicated by the non-participant's name:

David Platt
Chaffee County Patrol & Investigation
1115 E. Rainbow Blvd.
Salida, CO 81201-2913

> s/Loree Trout, Secretary to
> Andrew D. Ringel, Esq.
> Edmund M. Kennedy, Esq.
> Hall & Evans, L.L.C.
> 1125 17th Street, Suite 600
> Denver, CO 80202-2052
> 303-628-3300
> fax: 303-293-3238
> ringela@hallevans.com
> kennedye@hallevans.com
> **ATTORNEYS FOR DEFENDANT**
> **PARK COUNTY SHERIFF**
> **FRED WEGENER**

H:\Users\RINGELA\park\Montoya, Thomas\Reply to Mot Protective Order(emk).doc