In the United States District Court
For the District of Colorado

Civil Action No. 05-cv-02533-EWN-MJW

Thomas Montoya,

    Plaintiff,

vs.

Board of County Commissioners, Chaffee County, Colorado, et al.,

    Defendants.

_____

**Entry of Appearance**
_____

    Barry Meinster, Esq., Meinster & Meinster, PC, enters his appearance as counsel for the Defendant David Platt.

Respectfully submitted: July 24, 2006

/s/ Barry Meinster, Esq.
_____
Barry Meinster, Esq.
Meinster & Meinster, PC
PO Box 681
Conifer, Colorado 80433
303-674-5977
303-674-9662 (fax)
bmeinster@meinster.com

Attorney for David Platt

## Certificate of Service

I certify that on July 24, 2006, I electronically filed the foregoing pleading with the Clerk of Court using the CM/EFC system which will send notification of such filing to the following e-mail addresses:

David A. Lane, Esq.  
Marcel Krzystek, Esq.  
Killmer, Lane & Newman, LLP  
dlane@Killmerlane.com  
mkrzystek@Killmerlane.com  

Anthony Melonakis, Esq.  
Sutton Melonakis & Gulley, PA  
amelonakis@smglaw.us  

Andrew D. Ringel, Esq.  
Edmond M. Kennedy, Esq.  
Hall & Evans, L.L.C.  
ringela@hallevans.com  
Kennedye@hallevans.com  


/s/ Barry Meinster, Esq.  
_____  
Barry Meinster, Esq.