Platt Exhibit A

## In the United States District Court
## For the District of Colorado

Civil Action No. 05-cv-02533-EWN-MJW

Thomas Montoya,
    Plaintiff,

vs.

Board of County Commissioners, Chaffee County, Colorado, et al.,
    Defendants.

---

### Affidavit in Support of the
### Motion to Dismiss from the Defendant David Platt

---

    I David Platt declare and affirm under the penalties of perjury that that following statements are true and correct to my best knowledge, information, and belief:

1. I am not now nor have I ever been an employee of Chaffee or Park Counties or their respective Sheriffs' Departments.

2. On October 16, 2003, I was an independent contractor contracted to perform Taser training for deputies in the Chaffee County jail.

3. I did not have nor have I ever had control over medical treatment or other aspects of the lives of the inmates.

Date: 01 August 2006

_/s/ David Platt_
David Platt

Subscribed and affirmed, or sworn to before me in the County of Chaffee, State of Colorado this 1 day of August, 2006.

My commission expires: 7/13/2010

_/s/ Sandi Gentile_
Notary Public