IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, in their official and individual capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and individual capacity,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN, in his official and individual capacity,
DAVID PLATT, in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in their official and individual capacities,
PARK COUNTY SHERIFF FRED WEGENER, in his official and individual capacity.

    Defendants.

_____

## MOTION TO MODIFY SCHEDULING ORDER
_____

    Plaintiff THOMAS MONTOYA, through his counsel, David A. Lane and Marcel Krzystek of KILLMER, LANE & NEWMAN, LLP, hereby files the following Unopposed Motion to Reset Scheduling Order, and in support thereof states as follows:

1. The Discovery Cut-off is presently August 1, 2006.

2. While the parties have conducted written discovery and the majority of the depositions, two depositions remain to be taken. Given numerous scheduling conflicts of the four sets of counsel, many due to trial schedules, the remaining depositions remain to be taken. Accordingly, Plaintiff moves this Court for a

thirty day extension of the discovery cutoff in order to allow for depositions of two important witnesses in this case.

3. Defendant Wegener was originally set to have his deposition taken on July 19, 2006 in Denver, CO.  The Court's July 18, 2006 Minute Order granting the Defendant's Motion for Protective Order ordered that Defendant Wegener's deposition be taken in Fairplay, Colorado.  As a result of that minute Order, the July 19, 2006 deposition was vacated.

4. On July 28, 2006, Plaintiff filed PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S ORDER PURSUANT TO 28 U.S.C. § 636 AND FED.R.CIV.P. 72(a). Defendant Wegener's deposition cannot be set until this disputed matter is resolved by the court.

5. No party will be prejudiced by the granting of this Motion.

### CERTIFICATION PURSUANT TO D.C.COLO. LCivR. 7.1

6. Counsel for Plaintiff, David A. Lane, certifies that he has conferred with counsel for Defendants.  Andrew Ringle and Anthony Melonakis do not object to this Motion as it pertains to Defendant Walker.  However, Andrew Ringle and Anthony Melonakis do object to this motion as it pertains to Defendant Wegener.   Barry Meinster has no objections.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion to Modify Scheduling Order and extend the discovery cutoff for purposes of conducting depositions, by thirty (30) days as follows:

Discovery cutoff: September 1, 2006.

Respectfully submitted this 1st day of August, 2006.

KILLMER, LANE & NEWMAN, LLP

s/ David A. Lane
_____
David A. Lane
1543 Champa St., Suite 400
Denver, Colorado 80202
(303) 571-1000
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses

- **David Arthur Lane**
  dlane@killmerlane.com; hholtschneider@killmerlane.com
- **Anthony Melonakis**
  a_melonakis@hotmail.com
- **Andrew David Ringel**
  ringela@hallevans.com troutl@hallevans.com; cmecf@hallevans.com
- **Barry Meinster**
  bmeinster@meinster.com

s/ Heather S. Magga
_____