IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, in their official and individual capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and individual capacity,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN, in his official and individual capacity,
DAVID PLATT, in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in their official and individual capacities,
PARK COUNTY SHERIFF FRED WEGENER, in his official and individual capacity.

    Defendants.

_____

**UNOPPOSED MOTION TO DISMISS
DEFENDANT DAVID PLATT WITH PREJUDICE**
_____

    Plaintiff, Thomas Montoya, by and through his counsel, David A. Lane and Marcel Krzystek of KILLMER, LANE & NEWMAN, LLP, hereby moves to dismiss all claims against Defendant David Platt with prejudice pursuant to FED.R.CIV.P. 41(a)(2), and in support thereof states as follows:

    1.    Plaintiff no longer wishes to pursue his claims against David Platt.

    2.    Pursuant to Local Rule 7.1A, on August 2, 2006, undersigned counsel conferred with Barry Meinster, counsel for Mr. Platt, who has no objection to the relief requested in this Motion.

3. Plaintiff and Mr. Platt agree to bear their respective costs and attorney fees associated with this litigation.

WHEREFORE, Plaintiff respectfully moves the Court to dismiss, with prejudice, his claims against Defendant David Platt.

Respectfully submitted this 2nd day of August, 2006.

KILLMER, LANE & NEWMAN LLP

s/ Marcel Krzystek

David A. Lane
Marcel Krzystek
1543 Champa St., Suite 400
Denver, Colorado 80202
(303) 571-1000
dlane@killmerlane.com
mkrzystek@killmerlane.com
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2006, I electronically filed the foregoing **UNOPPOSED MOTION TO DISMISS DEFENDANT DAVID PLATT WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses

- **Edmund Martin Kennedy**
kennedye@hallevans.com wilsonm@hallevans.com;cmecf@hallevans.com
- **Marcel Krzystek**
mkrzystek@killmerlane.com m.krzystek@gmail.com
- **David Arthur Lane**
dlane@killmerlane.com hholtschneider@killmerlane.com
- **J. Barry Meinster**
bmeinster@meinster.com
- **Anthony Melonakis**
a_melonakis@hotmail.com
- **Andrew David Ringel**
ringela@hallevans.com troutl@hallevans.com;cmecf@hallevans.com

KILLMER, LANE & NEWMAN, LLP

s/ Marcel Krzystek

                                                                           _____  
Marcel Krzystek  
KILLMER, LANE & NEWMAN, LLP  
1543 Champa Street, Suite 400  
Denver, CO 80202  
Telephone (303) 571-1000  
mkrzystek@killmerlane.com