IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, in their official and individual capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and individual capacity,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN, in his official and individual capacity,
DAVID PLATT, in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in their official and individual capacities,
PARK COUNTY SHERIFF FRED WEGENER, in his official and individual capacity.

    Defendants.

_____

**ORDER re: UNOPPOSED MOTION TO DISMISS
DEFENDANT DAVID PLATT WITH PREJUDICE**

_____

THIS MATTER comes before the Court on Plaintiff's *Unopposed Motion to Dismiss Defendant David Platt With Prejudice*. Having reviewed the Unopposed Motion,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that David Platt is dismissed from this action with prejudice.

Dated this _____ day of _____, 2006.

BY THE COURT:

_____
Honorable Edward W. Nottingham
District Judge, District of Colorado