IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02533–EWN–MJW

THOMAS MONTOYA,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO,
in their official and individual capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and
individual capacity,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLEN, in his official and
individual capacity,
DAVID PLATT, in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in
their official and individual capacities,
PARK COUNTY SHERIFF FRED WEGENER, in his official and individual
capacity,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

    This matter is before the court on the "Unopposed Motion to Dismiss Defendant David Platt with Prejudice" (#63) filed August 2, 2006. The court having read the Motion to Dismiss Defendant David Platt filed herein, and now being fully advised in the premises, it is

    **ORDERED** that this action be and hereby is DISMISSED, with prejudice, as to Defendant David Platt, each party to pay his own costs and attorneys' fees herein expended. The

"Motion to Dismiss from the Defendant David Platt" (#60) filed August 1, 2006, is DENIED as moot.

DATED this 3rd day of August, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge