IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

       Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN,
DAVID PLATT,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO,
PARK COUNTY SHERIFF FRED WEGENER,

       Defendants.

---

### RESPONSE TO PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER

---

Defendants Board of County Commissioners of Chaffee County, Colorado, Timothy Walker, Board of County Commissioners of Park County, Colorado, and Fred Wegener, by and through their counsel, Andrew D. Ringel, Esq. and Edmund M. Kennedy, Esq. of Hall & Evans, L.L.C., hereby submit this Response to Plaintiff's Motion to Modify Scheduling Order, as follows:

1.     Plaintiff's Motion to Modify Scheduling Order ("Plaintiff's Motion") requests an extension of the discovery cut-off in this matter for thirty (30) days to conduct the depositions of Timothy Walker and Fred Wegener. [*See* Plaintiff's Motion]. These Defendants do not object to the Plaintiff's requested extension to take the deposition of Sheriff Walker which is presently

scheduled for August 8, 2006.  However, these Defendants do object to the Plaintiff's request for an extension of the discovery cut-off to conduct the deposition of Sheriff Wegener.

2.     On July 18, 2006, this Court granted the Motion for Protective Order from Defendant Wegener and Request for Expedited Ruling and ordered the deposition of Sheriff Wegener scheduled for July 19, 2006, to occur in Fairplay, Colorado.  [*See* Minute Order, 7/18/06].   Following this Court's Minute Order concerning Sheriff Wegener's deposition, counsel for the Plaintiff unilaterally determined to cancel Sheriff Wegener's deposition rather than holding it in Fairplay, Colorado on the date it was scheduled and that had been cleared on the calendars of all counsel and Sheriff Wegener.  Moreover, the deposition of David Platt, also scheduled for July 19, 2006, could have also occurred in Fairplay, Colorado, to allow both the depositions of Sheriff Wegener and Mr. Platt to be taken on July 19, 2006, as scheduled.  [*See* Reply in Support of Motion for Protective Order from Defendant Wegener, and Request for Expedited Ruling, 7/18/06].   Rather than conducting both depositions in Fairplay, Colorado on July 19, 2006, in Fairplay, Colorado, counsel for the Plaintiff chose to cancel Sheriff Wegener's deposition and conduct Mr. Platt's deposition in Denver, Colorado on July 19, 2006.   Plaintiff's unilateral decision not to conduct Sheriff Wegener's deposition on July 19, 2006, in light of this Court's ruling that Sheriff Wegener's deposition should occur in Fairplay, Colorado, does not provide good cause within the meaning of Fed. R. Civ. P. 16(b) to extend the discovery cut-off under these circumstances.

WHEREFORE, for all of the foregoing reasons, Defendants Board of County Commissioners of Chaffee County, Timothy Walker, Board of County Commissioners of Park County, and Fred Wegener respectfully request this Court grant the Plaintiff's Motion to Modify

Scheduling Order to allow the deposition of Sheriff Walker to occur on August 8, 2006, but deny the Plaintiff's Motion in all other respects, and for all other and further relief as this Court deems just and appropriate.

Dated this 3rd day of August, 2006.

Respectfully submitted,

s/Andrew D. Ringel
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
of HALL & EVANS, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
(303) 628-3300
ringela@hallevans.com
kennedye@hallevans.com

**ATTORNEYS FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF CHAFFEE COUNTY, TIMOTHY WALKER, BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, AND FRED WEGENER**

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/EFC system which will send notification of such filing to the following e-mail addresses:

David A. Lane, Esq.
dlane@killmerlane.com

Marcel Krzystek, Esq.
mkrzystek@killmerlane.com

Anthony Melonakis, Esq.
a_melonakis@hotmail.com

Barry Meinster, Esq.
bmeinster@meinster.com

s/Loree Trout, Secretary to
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com
kennedye@hallevans.com

**ATTORNEYS FOR DEFENDANTS
BOARD OF COUNTY
COMMISSIONERS OF CHAFFEE
COUNTY, TIMOTHY WALKER,
BOARD OF COUNTY
COMMISSIONERS OF PARK
COUNTY, AND FRED WEGENER**

H:\Users\RINGELA\park\Montoya, Thomas\response motion to modify scheduling order.doc

4