1

EXHIBIT
A-4

```
 1               IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLORADO

 3     Civil Action No. 05-cv-02533-EWN-MJW

 4     THOMAS MONTOYA,

 5            Plaintiff,

 6     vs.

 7     BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY,
       COLORADO, CHAFFEE COUNTY SHERIFF TIMOTHY WALKER,
 8     CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN, DAVID PLATT,
       BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO,
 9     PARK COUNTY SHERIFF FRED WEGENER,

10            Defendants.

11
                    DEPOSITION OF THOMAS MONTOYA
12                         July 24, 2006

13

14     APPEARANCES:

15     FOR THE PLAINTIFF:        MARCEL KRZYSTEK, ESQ.
                                 Killmer, Lane & Newman, LLP
16                               1543 Champa Street
                                 Suite 400
17                               Denver, CO  80202

18     FOR THE DEFENDANTS,       ANDREW D. RINGEL, ESQ.
       BOARD OF COUNTY           Hall & Evans, L.L.C.
19     COMMISSIONERS OF CHAFFEE  1125 Seventeenth Street
       COUNTY, TIMOTHY WALKER    Suite 600
20     BOARD OF COUNTY           Denver, CO  80202
       COMMISSIONERS OF PARK
21     COUNTY and FRED WEGENER:

22     FOR THE DEFENDANT,        ANTHONY MELONAKIS, ESQ.
       CHAFFEE COUNTY DEPUTY     Law Offices of Anthony
23     SHERIFF SCOTT GLENN:          Melonakis
                                 1660 Wynkoop
24                               Suite 800
                                 Denver, CO  80202
25
                     CARPENTER REPORTING, INC.
                         (303) 752-1200
```

142

1    Q    Okay.  What did the taser being
2    activated on you feel like?
3    A    Very painful.  Something I've never felt
4    before.  It tightened all my muscles.  I was sore after
5    that.  It hurt.  It hurt a lot.  I didn't expect it to
6    be like that.  It's impossible to describe the pain and
7    what you feel.
8    Q    Okay.  Was Sheriff Walker present on
9    that day to observe what happened to you?
10   A    In the classroom?  Did he see me get
11   tased?  Is that what you're asking?
12   Q    That's what I'm asking.
13   A    No.  I don't believe he did.
14   Q    Do you have any facts that would
15   demonstrate that Sheriff Walker knew that you were
16   going to be tased on that day?
17   A    No.
18   Q    Do you believe he knew that?
19   A    No, I don't believe he knew that.
20   Q    Do you have any facts that would suggest
21   that Lieutenant Leva knew that you were going to be
22   tased that day?
23   A    No.
24   Q    Do you believe he knew that?
25   A    No.

CARPENTER REPORTING, INC.
(303) 752-1200

152

1   not positive to what extent the conversation was.

2          Q    But you think you told the nurse "I was
3   tased"?

4          A    I think she asked me how come I have
5   headaches all the time.

6          Q    Okay.  And you recall telling her, I
7   participated in a tasing?

8          A    I think that it was from the tasing.
9   And I told her how long ago.

10         Q    Okay.  Do you remember what the name of
11  the nurse was?

12         A    I don't.

13         Q    Okay.  Did any medical personnel from
14  the jail ignore a request of yours for medical
15  attention during the time that you were in the Chaffee
16  County jail?

17         A    I wouldn't say it was ignored.  It was
18  told to me that you have to -- to pay to see the
19  doctor.

20         Q    Okay.  Did you ask to see a doctor and
21  not pay at any time during the --

22         A    I asked to see a doctor, and I couldn't
23  because I didn't have money on my books.

24         Q    Okay.  You didn't earn money as a
25  trustee?

CARPENTER REPORTING, INC.
(303) 752-1200

153

1    A    Some. Some.

2    Q    How did you spend that money?

3    A    A little bit on canteen. I didn't have
4    very much money and I don't -- you know, I don't know
5    if they paid me or not while I was in Salida. I'm not
6    sure. I know they did in Park County, what little bit
7    I did for them. But I don't know if Salida did or not.
8    I know Park County did because I think I had $32 when I
9    came back.

10   Q    Do you know how much it would have been
11   to go see the doctor?

12   A    I don't know.

13   Q    Okay.

14   A    At the time, they had told me, but I
15   don't recall.

16   Q    Was it a lot?

17   A    No. Compared to seeing the doctor out
18   here compared to seeing a doctor in there, yeah, it's
19   cheap, but if you don't have money, you don't have
20   money.

21   Q    I understand. Okay. Let me see if I'm
22   clear. I mean, you believe you told a nurse that you
23   had headaches because you had been tased; is that
24   right?

25   A    Yes.

CARPENTER REPORTING, INC.
(303) 752-1200

1      Q   Okay.

2      A   She asked me why I had headaches, and I
3  told her I wasn't for sure, but this occurred and that
4  would be the only incident that would cause something
5  like that, I would think.

6      Q   And did she react in any other way after
7  you imparted this information to her?

8      A   She just gave me Tylenol and would make
9  sure -- she was nice.  She would ask me if I had a
10 headache and if I would need Tylenol pretty much on a
11 daily basis.

12     Q   And whenever you wanted Tylenol, she
13 gave it to you?

14     A   Yes.

15     Q   Did the Tylenol help your headaches?

16     A   Some.  It tore my stomach up, but ...

17     Q   Okay.  Do you recall any other specific
18 interactions you had with anyone with medical at the
19 Chaffee County jail?

20     A   No.  Not to my knowledge.

21     Q   Did you ever discuss with Sheriff Walker
22 the issue of medical care at the Chaffee County jail?

23     A   Not to my knowledge.

24     Q   Did you ever discuss with any member of
25 the Board of County Commissioners of Chaffee County the

155

1    issue of medical care at the Chaffee County jail?
2         A    I don't believe so, because I probably
3    never seen them.
4         Q    Do you know who the members of the Board
5    of County Commissioners of Chaffee County were at the
6    time you were incarcerated in the Chaffee County jail?
7         A    No, sir, I don't.
8         Q    Did you ever fill out a request to see
9    medical during the time that you were in the Chaffee
10   County jail?
11        A    Yes.  Yes, I did.
12        Q    Okay.  How many times?
13        A    I can't be positive.  Not very much.  I
14   don't -- don't do doctors very well.
15        Q    Do you remember what the reason was that
16   you wanted to see medical?
17        A    Because of my headaches.
18        Q    In the request to see medical, do you
19   recall whether or not you included that you thought
20   your headaches were related to the taser incident?
21        A    I don't believe so.
22        Q    Okay.  All right.  At some point, you
23   have a conversation with a reporter from the Denver
24   Post; right?
25        A    Yes.

CARPENTER REPORTING, INC.
(303) 752-1200

1    conversation with Sergeant Muldoon about that topic?
2         A    I recall Sergeant Muldoon.  To recall a
3    conversation, I -- I can't say yes or no, honestly.
4         Q    Do you recall any conversation that you
5    might have had with Sergeant Muldoon during the time
6    that you were incarcerated in the Park County jail?
7         A    No.  Honestly, I can't be specific and
8    be truthful.
9         Q    Okay.  I understand.  Do you recall ever
10   having a conversation with Captain Gore during the time
11   that you were incarcerated in the Park County jail?
12        A    Yes.  Yes, I do.
13        Q    Okay.  Do you recall anything that you
14   talked to Captain Gore about at any time?
15        A    Why I was locked down 23-7.
16        Q    Okay.  And what did Captain Gore tell
17   you?
18        A    Because I'm an ex-correctional officer
19   and because he's trying to protect me.
20        Q    Okay.  Did that make sense to you?
21        A    No.
22        Q    Why?
23        A    Because I was in general population in
24   Fremont County for five months and everybody knew it
25   there -- that I was a correctional officer -- and

182

1   A I'm not exactly sure what that ...

2   Q Did you have any communications with
3 Sheriff Fred Wegener during the time you were
4 incarcerated in the Park County jail?

5   A I'm trying to recall. I don't recall
6 who he is.

7   Q Okay. Do you have any basis for knowing
8 one way or the other whether Sheriff Wegener was aware
9 of the conditions of your confinement during the time
10 you were incarcerated at the Park County jail?

11   A I don't even believe I ever met him.

12   Q Okay. But do you have any basis for
13 knowing that he knew, for instance, that you were in
14 segregation?

15   A I -- there's no way I could know, I
16 wouldn't say.

17   Q Okay. Did you have any communications
18 with any member of the Board of County Commissioners of
19 Park County during the time that you were incarcerated
20 in the Park County jail?

21   A Not to my knowledge.

22   Q Okay. Do you have any basis for knowing
23 one way or the other whether any member of the Board of
24 County Commissioners knew the conditions of your
25 confinement during the time that you were in the Park

                                                        183

1    County jail?
2         A    Same.  I don't have no idea.
3         Q    What about your conditions of -- you
4    understand that one of the things you are raising in
5    this lawsuit is that the conditions of confinement at
6    the Park County jail were unconstitutional to you.  Do
7    you understand that?
8         A    Yes.
9         Q    Okay.  What about those conditions do
10   you believe were unconstitutional?
11        A    First of all, I didn't do anything to be
12   locked down like that --
13        Q    Okay.
14        A    -- or to even be transported to that
15   jail.
16        Q    Okay.  Anything else?
17        A    There was times when I'd spend three --
18   three days in confinement without ever getting out.
19   They usually pulled me out of my cell at 1:00 in the
20   morning for my hour out.  Served me cold food all the
21   time.  Never gave me anything.  A mattress in the
22   corner.  A 7-by-9 cell.  Lights were on all the time.
23   One hour out sometimes at 1 in the morning.  A lot of
24   times, they never even came by.
25        Q    Do you know what the cell that you were

                    CARPENTER REPORTING, INC.
                         (303) 752-1200

213

```
1              MR. RINGEL:  Yes, we would.  And I'm
2    sure she does have records of some kind.  Mental, if
3    nothing else.
4         Q    (BY MR. MELONAKIS)  When you were at the
5    Chaffee County jail, you did not have any conversations
6    with Scott Glenn regarding your medical condition, did
7    you?
8         A    To my knowledge, no.
9         Q    Earlier, you testified you hired an
10   attorney and -- Wollrab?
11        A    James Wollrab.
12        Q    When -- when did you hire him?
13        A    Probably around June, when I was in Park
14   County.  June of '04, maybe.  Somewhere around there.
15        Q    And did you hire this investigator,
16   Wayne Roberts?  Is that --
17        A    Yes.
18        Q    And that was a female?
19        A    Yes.
20        Q    Did you hire Ms. Roberts at the same
21   time?
22        A    No.  Actually, she came to me first and
23   approached me with a financial agreement, and she would
24   find an attorney for me to take my case.
25        Q    Is she the one that found James -- James
```

CARPENTER REPORTING, INC.
(303) 752-1200