**KING Soopers**

EXHIBIT A-6

# DENVERPOST.com

Wednesday, February 04, 2004
Denver, CO

NEWS
 BUSINESS
 COLUMNISTS
 FRONT PAGE
 LOCAL NEWS
  Lottery
  Bloghouse
  Legislature
  Politics
 NATION/WORLD
 OBITUARIES
 SEASON TO SHARE
 SPECIAL REPORTS
 STOCK SHOW
 WEATHER

FEATURES
 BOOKS
 ENTERTAINMENT
 FOOD / DINING
 HEALTH
 LIFESTYLES
 MOVIES
 TRAVEL
 TV LISTINGS

OPINION
 COLUMNISTS
 EDITORIALS
 LETTERS
 PERSPECTIVE
 KEEFE CARTOON

SPORTS
 AVALANCHE / NHL
 BRONCOS / NFL
 COLLEGES
 COLUMNISTS
 NUGGETS / NBA
 PREPS
 RAPIDS / MLS
 ROCKIES / MLB
 SCORES
 OTHER SPORTS

SERVICES
 ARCHIVES
 CONTACT US
 ABOUT US/HELP
 E-MAIL NEWS
 SUBSCRIBE

ADVERTISING
 AUTOS
 HOMES
 JOBS
 MARKETPLACE
 MEMORIALS
 NEWSPAPER ADS
 WEDDINGS
 YELLOW PAGES

✉ EMAIL ARTICLE   🔗 LINK TO ARTICLE   🖨 PRINT ARTICLE

Article Published: Wednesday, February 04, 2004

## Inmate was used for Taser practice

By Sean Kelly
Denver Post Staff Writer

A Chaffee County sheriff's officer was suspended Tuesday and could be fired for allegedly using an inmate for Taser practice at a training session.

Detentions officer Scott Glenn was placed on administrative leave after an investigation by Sheriff Tim Walker, the same day the sheriff learned of the allegation from The Denver Post.

"It was extremely poor judgment," Walker said. "There's no way a detention officer should ever use an inmate in that capacity."

Thomas Montoya, a prisoner serving an 18-month sentence from a probation violation relating to a 1999 domestic-violence-related assault, said he was shocked with a Taser during a sheriff's training class on Oct. 17, 2003.

"Imagine 50,000 volts traveling through your body. Would it hurt?" said Montoya, who suffered no injury but said he was left with a burn mark.

During the class at the Chaffee County Detention Center in Salida, detention officers and deputies practiced using the Taser on one another to

Advertisement

OTHER LOCAL NEWS STORIES
2/4/2004
- Hoffman never denied rape claim
- Indian casino not a sure bet
- A million acres of farmland gone
- Counties leery of clean-air pact
- Cut CU's probe role, regent says
- Barnett attacks sex allegations
- 3 charged in slayings of 2 teens
- Big snowstorm drives into Denver
- Meningitis-related illness kills man
- W. Nile tests effectively screened blood
- Salvage logging halted in '02 burn area
- AFA leader sees progress
- Lottery contracts not renewed
- Conservative CU students hold party
- Rushed legislator kills anti-consulting bill
- Montbello aims to stem youth crime
- RTD rail line not on U.S. funding list
- CU shouldn't investigate own mess
- Regional briefs
- Metro briefs
- First-class stampers
- YMCA camps: Tax us no more
- Gift heartens firefighters
- Spencer: Scandal drenched in booze
- Alternative-energy ballot drive slated
- Beauprez tops $1 million in campaign fundraising
- Bush plan would delay Pueblo cleanup

http://www.denverpost.com/Stories/0,1413,36~53~1934076,00.html       2/4/04

Park-Chaffee 0040

**HOME**

**SEARCH**

**SITE SEARCH:**

- Enter search term, hit enter key
- Click here for advanced search

**WEB SEARCH:**

Powered by Google







Buy one, get one FREE on Subway's NEW Atkins Friendly Carb Controlled Wraps.

www.wellsfargolink.com

© 2004 Wells Fargo Banks. Members FDIC

"experience the incapacitating voltage it administers," Walker said.

"It's about a one-second jolt. They take a stun and they're done," he said.

Montoya, 42, said he was called in, attached to a wire and told to kneel on an air mattress. He said he locked arms with Glenn, serving as his partner in the training. And then, Montoya said, he was shocked and knocked to the ground.

Walker investigated Tuesday and said Glenn and other employees admitted that Montoya was shocked. They said he asked to be included in the training class, and he left the training uninjured and smiling, Walker said.

"They assumed it wasn't a big deal. It was a big deal," the sheriff said. "You could say I'm very upset."

Montoya, who said he worked as a Colorado Department of Corrections officer for seven years until his brush with the law, said he never consented to being shocked with a Taser, which delivers a shock of electricity meant to disable a suspect.

"I didn't sign anything. I was called in there," Montoya said from jail. "They zapped me."

Walker said Glenn or others could face criminal charges if Montoya was an unwilling participant. Walker said he had contacted the district attorney and an investigation was underway.

Glenn was a part-time officer at the jail and has worked for the sheriff only about six months, Walker said.

Montoya said late Tuesday that he was being transferred from Salida in the south-central mountains to the Park County jail in Fairplay.

He said he is contesting his sentence, which he

- DA quizzed coach on recruits, sex in '02
- Legislators' consulting work eyed
- Victim decries rapist's bid for early release
- Hickenlooper's coffers flush with success
- Tuition rate for illegals debated
- DPS fights statewide age rule for kindergarten
- City hall workers to join Teamsters
- City clinic to help teens battle drugs
- Coloradans top U.S. organ donors
- Regional briefs
- Metro briefs
- '70s TV stunt inspires rescue
- Grenade ignites apartment fire
- Drainage fees making waves
- Western primary eyed for '08
- Tending the home front
- Metro backs interim leader
- Senators may seek own inquiry of CU
- Water-guzzling power plants targeted
- Funding for Flats' watchdogs faces cuts
- I-70 near Glenwood closed
- Residents, lawmakers protest eminent domain
- Aurora cops wound stabbing suspect
- Feds' plan champions South Platte
- 4,000 mark Eid al-Adha
- Regional briefs
- Owens to CU: Act, or I will
- Colorado news roundup
- Cops: Fund child care, or fund prisons
- Colorado news roundup for Jan. 29

Park-Chaffee 0041

claims was based on faulty information.

"I've been railroaded since 1999. I've lost my whole life," said Montoya, who lived in Cañon City. "I need a good lawyer and good investigator."

The sheriff acknowledged Montoya's motive in talking about the story but said using a prisoner for training violates department policy, "period."

Walker said the Chaffee County Sheriff's Office has two Tasers, both of which are used exclusively in the jail. The department is training officers to use them and could have deputies using them on the street in the future, he said.

In the class, sheriff's officers paired off, were hooked up to electric leads from a Taser and shocked for one second, Walker said. They were kneeling on a mat, he said, and would simply tip over, unharmed.

An outside instructor conducted the class, but now that deputies are trained, all classes will be conducted internally, Walker said. The sheriff promised that no other inmates will be used in training.

"Not in my wildest imagination did I think they would use inmates," Walker said, referring to officers who participated in the class. "I don't take these things lightly."

⊞ RETURN TO TOP

# DENVERPOST.com

All contents Copyright 2004 The Denver Post or other copyright holders. All rights reserved. This material may not be published, broadcast, rewritten or redistributed for any commercial purpose.
Terms of use | Privacy policy

**Go to Section**
DenverPost.com A to Z

Advertising Links

Top Ranked in Efficiency • www.directrelief.org
Since 1948, providing humanitarian aid to people in need worldwide.

Want to Volunteer? • www.VolunteerMatch.org
We can help you make a difference in your community. Start today!

Support UCP today • www.ucp.org
and make a difference in the lives of people with disabilities.

Park-Chaffee 0042