IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN,
DAVID PLATT,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO,
PARK COUNTY SHERIFF FRED WEGENER,

Defendants.

---

## UNOPPOSED MOTION TO VACATE
## SETTLEMENT CONFERENCE SCHEDULED FOR SEPTEMBER 21, 2006
with Proposed Order

---

Defendants Board of County Commissioners of Chaffee County, Colorado, Timothy Walker, Board of County Commissioners of Park County, Colorado, and Fred Wegener, by and through counsel, Andrew D. Ringel, Esq. and Edmund M. Kennedy, Esq. of Hall & Evans, L.L.C., hereby submit this Motion to Vacate Settlement Conference scheduled for September 21, 2006, and as support state as follows:

1.      On March 27, 2006, Defendants jointly filed a Partial Motion to Dismiss on statute of limitations grounds.  This Motion sought the dismissal of all claims alleged to have occurred prior to December 14, 2003.  The Motion is fully briefed and still pending.

2.       On August 14, 2006, Defendants jointly filed a Motion for Summary Judgment. In this Motion, Defendants asserted that Plaintiff states no viable 42 U.S.C. § 1983 claim against any Defendant as a matter of law.   First, as was also raised in the Partial Motion to Dismiss, Plaintiff's claims concerning the Taser incident on October 16, 2003, are barred by the applicable statute of limitations.   Second, Defendants Timothy Walker and Fred Wegener are entitled to qualified immunity from the Plaintiff's § 1983 claims against them in their individual capacities, because Plaintiff cannot demonstrate either Defendant personally participated in any of the alleged violations.   Third, Defendant Glenn is entitled to qualified immunity from the Plaintiff's § 1983 claims, because Plaintiff cannot demonstrate that there was a violation of a clearly established constitutional right nor can he establish that Defendant Glenn acted with deliberate indifference.   Fourth, in regard to Defendants Board of County Commissioners of Chaffee County, Colorado, Timothy Walker, Board of County Commissioners of Park County, Colorado, and Fred Wegener, Plaintiff cannot demonstrate that any policies or procedures in place at the time of the allegations that form the basis of Plaintiff's claims violated any of his rights.   Lastly, any claim against the Board of County Commissioners of Chaffee County, Colorado and the Board of County Commissioners of Park County are without merit since these Boards lack the power, authority, and responsibilities to be liable for any of Plaintiff's claims as a matter of law.

3.       On August 28, 2006, Plaintiff sought an extension of time in which to respond to the Motion for Summary Judgment.   This request was based partly on Federal Rules of Procedure, Rule 56(f).   Plaintiff asserts that in order to respond to the Motion for Summary

Judgment, Defendant Wegener's deposition is needed.   Defendants have yet to respond to this request.

4.     Defendants do not believe a settlement conference would be beneficial until the resolution of the pending Partial Motion to Dismiss and the Motion for Summary Judgment. Based on the arguments raised in the Motion for Summary Judgment, it appears Plaintiff faces formidable obstacles to any claim he attempts in this case and, as such, settlement at this time would seem remote.

5.     Pursuant to D.C.Colo.LCivR 7.1(A), counsel for these Defendants, Andrew D. Ringel, Esq. and Edmund M. Kennedy, Esq. have conferred with counsel for co-Defendant Glenn, Anthony Melonakis, Esq.,  and Plaintiff's Counsel, Marcel Krzystek, Esq., concerning this Motion and were informed that neither oppose the Motion.

WHEREFORE, for all of the foregoing reasons, Defendants respectfully request this Court vacate the Settlement Conference set for September 21, 2006, and for all other and further relief as this Court deems just and appropriate.

Dated this 13th day of September 2006.

Respectfully submitted,


s/ Edmund M. Kennedy, Esq.
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
of HALL & EVANS, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-5800
(303) 628-3300
ringela@hallevans.com
kennedye@hallevans.com
**ATTORNEYS FOR
DEFENDANTS BOARD OF
COUNTY COMMISSIONERS OF
CHAFFEE COUNTY, TIMOTHY
WALKER, BOARD OF COUNTY
COMMISSIONERS OF PARK
COUNTY, AND FRED
WEGENER**

<u>**CERTIFICATE OF MAILING**</u>

I hereby certify that on this 13th day of September 2006, I electronically filed the foregoing with the Clerk of Court  using the CM/EFC system which will send notification of such filing to the following e-mail addresses:

David A. Lane, Esq.
dlane@killmerlane.com

Marcel Krzystek, Esq.
mkrzystek@killmerlane.com

Anthony Melonakis, Esq.
a_melonakis@hotmail.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/EFC participants in the manner indicated by the non-participant's name:

None.

s/Loree Trout, Secretary to
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com
kennedye@hallevans.com
**ATTORNEYS FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF CHAFFEE COUNTY, TIMOTHY WALKER, BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, AND  FRED WEGENER**

H:\Users\RINGELA\park\Montoya, Thomas\Mot-Vacate 9-21 Settle Conf.doc