IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN,
DAVID PLATT,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO,
PARK COUNTY SHERIFF FRED WEGENER,

Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO VACATE
SETTLEMENT CONFERENCE**

The Court, having reviewed defendants' Unopposed Motion to Vacate the Settlement Conference of September 21, 2006, being duly advised in the premises, and for good cause shown, DOES HEREBY grant the motion. The Settlement Conference currently set for September 21, 2006, at 3:00 p.m. is vacated.

DONE ON THIS ___DAY OF _____ 2006.

By the Court:

_____
District Court Judge