IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

  It is hereby ORDERED that the Motion to Modify Scheduling Order, which was filed with the court on August 1, 2006 (Docket No. 61), is denied without prejudice. The court issued a Minute Order on that motion on August 3, 2006, but it has just come to the court's attention that due to a clerical or technical error, that Minute Order was never docketed. Since the deadline sought by plaintiff in that motion has now passed, the motion is denied without prejudice.

Date: September 18, 2006