Page 1

```
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
 2   CIVIL ACTION NO. 05-CV-02533-EWN

 3   _____

     DEPOSITION OF:  SCOTT GLENN
 4   EXAMINATION DATE:  July 31, 2006

 5   _____

     THOMAS MONTOYA,
 6
     Plaintiff,
 7
     v.
 8
     BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY,
 9   COLORADO, in their official and individual
     capacities; CHAFFEE COUNTY SHERIFF TIMOTHY
10   WALKER, in his official and individual capacity;
     CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN, in his
11   official and individual capacity; DAVID PLATT, in
     his official and individual capacity; BOARD OF
12   COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in
     their official and individual capacities; PARK
13   COUNTY SHERIFF FRED WEGENER, in his official and
     individual capacity,
14
     Defendants.
15   _____
16           PURSUANT TO NOTICE, the deposition of
     SCOTT GLENN was taken at 8:13 a.m. on July 31,
17   2006, at 1543 Champa Street, Suite 400, Denver,
     Colorado, before Lisa Persichitte Reed,
18   Registered Professional Reporter and Notary
     Public in and for the State of Colorado, said
19   deposition being taken pursuant to the Federal
     Rules of Civil Procedure.
20
21
22              Lisa Persichitte Reed
            Registered Professional Reporter
23
24
25
```

EXHIBIT C

1    to him.  He wanted to talk to me.
2          Q     Have you had any contact with any
3    member of the Park County Sheriff's Department
4    after this incident?
5          A     Could you rephrase that?
6          Q     Yeah.  Have you had any contact
7    with any member of the Park County Sheriff's
8    Department about this incident?
9          A     Not about the incident, no, sir.
10         Q     Have you had any contact with any
11   member of the Park County Sheriff's Department
12   after this incident?
13         A     Yes, sir.
14         Q     Who and about what?
15         A     I've made numerous transports
16   there where I took a prisoner and dropped him off
17   and left.  So I've had contact with their booking
18   officer.  Then their captain of the jail is Monty
19   Gore.  I'm a firearms instructor and we would
20   talk on one or two occasions about different
21   firearms classes that he wanted to take.
22         Q     These are all communications in
23   the ordinary course and scope of your employment?
24         A     Yes, sir.
25         Q     But nothing about this incident?

1    A    Nothing about the incident, no,
2    sir.
3    Q    Did any member of the Park County
4    Sheriff's Department ever ask you anything about
5    this incident?
6    A    Have they ever asked me?  No,
7    sir.
8    Q    You are aware that Mr. Montoya
9    was transferred to the Park County Sheriff's
10   Department, correct?
11   A    Am I aware he was transported
12   there?  Yes, sir.
13   Q    And you are aware that he was
14   transported there, I believe, the same date that
15   you were issued this suspension report; isn't
16   that true?
17   A    Is it true that he was
18   transported there?  I'm not sure what day, but
19   yes, I'm aware he was transported.
20   Q    Well, and you are aware he was
21   transported there basically the same time that
22   you were issued this suspension report, right?
23   A    He wasn't there when I came back
24   off suspension.  I don't know what day he was
25   transported.