IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02533–EWN–MJW

THOMAS MONTOYA,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO,
in their official and individual capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and
individual capacity,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLEN, in his official and
individual capacity,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in
their official and individual capacities,
PARK COUNTY SHERIFF FRED WEGENER, in his official and individual
capacity,

      Defendants.

**ORDER**

      This matter is before the court on Plaintiff's objection (#59) to a magistrate judge's order that the deposition of the Park County Sheriff be taken in Park County, not Denver. The magistrate judge reasoned that the county sheriff's absence from his jurisdiction for one day might pose an unacceptable risk to public safety and that the sheriff would have to travel over 150 miles round trip (not one direction, as Plaintiff suggests). This court reviews the order to see whether it is clearly erroneous or contrary to law. It plainly is not. It is therefore

ORDERED that the objection is overruled, and the magistrate judge's order remains the order of the court.

DATED this 25th day of October, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge