IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, in their official and individual capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and individual capacity,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN, in his official and individual capacity,
DAVID PLATT, in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in their official and individual capacities,
PARK COUNTY SHERIFF FRED WEGENER, in his official and individual capacity.

    Defendants.
_____

**UNOPPOSED MOTION TO RESET JANUARY 19, 2007 HEARING**
_____

    Plaintiff, Thomas Montoya, by and through his counsel, David A. Lane and Marcel Krzystek of KILLMER, LANE & NEWMAN, LLP, hereby moves the Court to reset the hearing on Plaintiff's Rule 56(f) motion, presently scheduled for 8:30 a.m. on January 19, 2007, and in support thereof states as follows:

    1.    The Court set *Plaintiff's Motion for Extension of Time Pursuant to Rule 56(f) and Other Grounds* **[69]** for hearing on January 19, 2007 at 8:30 a.m.

    2.    Counsel for Plaintiff is now quadruple-set the morning of January 19; Mr. Lane has oral argument before the Tenth Circuit Court of Appeals in *United States v. Helmstetter*, 06-1045 and has a felony sex assault trial in Denver that same morning in *People v. Dana*, 06-cr-

10494.  Undersigned counsel has a felony court appearance in Washington County at 9:00 a.m. that morning in *People v. Henderson*, 06-cr-55.

3. Plaintiff therefore requests that the hearing presently set for January 19, 2007 at 8:30 a.m. be reset to a later date convenient to the Court and counsel.

4. No trial date has been set in this matter, and no party will be prejudiced should this motion be granted.

5. No previous extensions of this hearing have been sought or granted.

### D.C.COLO.L.CIV.R. 7.1A CERTIFICATION

6. On January 3, 2007, undersigned counsel contacted Anthony Melanokis, Esq., counsel for Defendant Glenn, and Andrew Ringel, Esq., counsel for the remaining Defendants. Mr. Melanokis and Mr. Ringel indicated that they do not object to the relief requested in this motion.

### D.C.COLO.L.CIV.R. 6.1D CERTIFICATION

7. As is indicated in the Certificate of Service below, a copy of this motion is served upon the Plaintiff and all counsel.

WHEREFORE, Plaintiff respectfully requests that the hearing presently set for January 19, 2007 at 8:30 a.m. be reset to a later date convenient to the Court and counsel.

Respectfully submitted this 4th day of January, 2007.

                KILLMER, LANE & NEWMAN LLP

                s/ Marcel Krzystek

                David A. Lane
                Marcel Krzystek
                1543 Champa St., Suite 400
                Denver, Colorado 80202
                (303) 571-1000
                mkrzystek@killmerlane.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2007, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses

- **Edmund Martin Kennedy**
kennedye@hallevans.com wilsonm@hallevans.com;cmecf@hallevans.com
- **Marcel Krzystek**
mkrzystek@killmerlane.com m.krzystek@gmail.com
- **David Arthur Lane**
dlane@killmerlane.com hholtschneider@killmerlane.com
- **J. Barry Meinster**
bmeinster@meinster.com
- **Anthony Melonakis**
a_melonakis@hotmail.com
- **Andrew David Ringel**
ringela@hallevans.com troutl@hallevans.com;cmecf@hallevans.com

and I hereby certify that I have mailed or served the document or paper to the following participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Thomas Montoya
902 Greenwood Ave. #6     (via U.S. mails)
Canon City, CO 81212

KILLMER, LANE & NEWMAN, LLP

s/ Marcel Krzystek
_____
Marcel Krzystek
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
Telephone (303) 571-1000
mkrzystek@killmerlane.com