IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, in their official and individual capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and individual capacity,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN, in his official and individual capacity,
DAVID PLATT, in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in their official and individual capacities,
PARK COUNTY SHERIFF FRED WEGENER, in his official and individual capacity.

    Defendants.

_____

## MOTION TO WITHDRAW
_____

    David A. Lane and Marcel Krzystek of KILLMER, LANE & NEWMAN, LLP, pursuant to D.Colo.L.Civ.R. 83.3(D), hereby move the Court to permit them to withdraw as counsel for Plaintiff, and in support thereof state as follows:

    1.    Irreconcilable differences have developed between counsel and Plaintiff which have rendered it impossible for counsel to effectively represent Plaintiff.

    2.    Plaintiff has advised undersigned counsel that he is seeking substitute counsel.

    3.    On January 25, 2007, undersigned counsel contacted Anthony Melanokis, Esq., counsel for Defendant Glenn, and Andrew Ringel, Esq., counsel for the remaining Defendants.

Mr. Melanokis and Mr. Ringel indicated that they do not object to the relief requested in this motion.

4. As is indicated in the Certificate of Service below, a copy of this motion is served upon the Plaintiff and all counsel. Plaintiff has also been advised and warned that he is responsible for complying with all court orders and time limitations established by any applicable rules.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and permit counsel to withdraw as counsel for Plaintiff in this case.

Respectfully submitted this 25th day of January, 2007.

KILLMER, LANE & NEWMAN LLP

s/ Marcel Krzystek

David A. Lane
Marcel Krzystek
1543 Champa St., Suite 400
Denver, Colorado 80202
(303) 571-1000
mkrzystek@killmerlane.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses

- **Edmund Martin Kennedy**
kennedye@hallevans.com wilsonm@hallevans.com;cmecf@hallevans.com
- **Marcel Krzystek**
mkrzystek@killmerlane.com m.krzystek@gmail.com
- **David Arthur Lane**
dlane@killmerlane.com hholtschneider@killmerlane.com
- **J. Barry Meinster**
bmeinster@meinster.com
- **Anthony Melonakis**
a_melonakis@hotmail.com

2

- **Andrew David Ringel**
  ringela@hallevans.com troutl@hallevans.com;cmecf@hallevans.com

and I hereby certify that I have mailed or served the document or paper to the following participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Thomas Montoya
902 Greenwood Ave. #6     (via U.S. mails)
Canon City, CO 81212

                                      KILLMER, LANE & NEWMAN, LLP

                                      s/ Marcel Krzystek
                                      _____
Marcel Krzystek
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
Telephone (303) 571-1000
mkrzystek@killmerlane.com

3