IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, in their official and individual capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and individual capacity,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN, in his official and individual capacity,
DAVID PLATT, in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in their official and individual capacities,
PARK COUNTY SHERIFF FRED WEGENER, in his official and individual capacity.

    Defendants.

_____

## ORDER GRANTING MOTION TO WITHDRAW
_____

    THIS MATTER, having come before the Court on David Lane's and Marcel Krzystek's Motion to Withdraw filed on January 25, 2007, seeking to withdraw as counsel for Plaintiff, and the Court, having been fully advised in the premises, hereby GRANTS the Motion.

    Dated the _____ day of _____, 2007.

                                                                                  BY THE COURT

                                                                                 _____
                                                                                 Edward W. Nottingham
                                                                                 United States District Judge