IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                              Date: January 26, 2007
Therese Lindblom, Court Reporter

Civil Action No.  05-cv-02533-EWN-MJW


*Parties:*                                             *Counsel:*

THOMAS MONTOYA,                                        Marcel Krzystek

      Plaintiff,

v.

BOARD OF COUNTY                                        Edmund Kennedy
COMMISSIONERS, CHAFFEE COUNTY,
COLORADO, in their official and individual
capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY
WALKER, in his official and individual
capacity,
CHAFFEE COUNTY DEPUTY SHERIFF                          Anthony Melonakis
SCOTT GLEN, in his official and individual
capacity,
BOARD OF COUNTY
COMMISSIONERS, PARK COUNTY,
COLORADO, in their official and individual
capacities,
PARK COUNTY SHERIFF FRED
WEGENER, in his official and individual
capacity,

      Defendants.

---

**COURTROOM MINUTES**

---

*Courtroom Minutes*
*05-cv-02533-EWN-MJW*
*Judge Edward W. Nottingham*
*Page 2 of 2*

**Motions Hearing**

**4:03 p.m.**      Court in session.

Plaintiff withdraws Motion for Extension of Time (#68).

**ORDERED:   1.      Plaintiff's Motion for Extension of Time Pursuant to Rule 56(f) and Other Grounds (#68, filed August 28, 2006) is DENIED as moot.**

Discussion regarding Plaintiff's response to the motion for summary judgment and Plaintiff's motion to withdraw as counsel.

**ORDERED:   2.      Plaintiff shall have twenty days from today's date to respond to the motion for summary judgment.**

**4:11 p.m.**      Court in recess.

Hearing concluded.

Total time in court:  00:08