IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                     Date: February 27, 2007
Therese Lindblom, Court Reporter

Civil Action No.  05-cv-02533-EWN-MJW

| *Parties:* | *Counsel:* |
|---|---|
| THOMAS MONTOYA, | David Lane |
| Plaintiff, | |
| v. | |
| BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, in their official and individual capacities, | Edmund Kennedy |
| CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and individual capacity, | |
| CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLEN, in his official and individual capacity, | Anthony Melonakis |
| BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in their official and individual capacities, | Edmund Kennedy |
| PARK COUNTY SHERIFF FRED WEGENER, in his official and individual capacity, | |
| Defendants. | |

**COURTROOM MINUTES**

**Status Conference**

**10:02 a.m.**     Court in session.

Discussion regarding pending motions.

Discussion regarding plaintiff's response to motion for summary judgment.

Plaintiff Montoya addresses court.

Discussion regarding #82, Motion to Withdraw.

**ORDERED:   1.      The Motion to Withdraw (#82, filed January 25, 2007) is GRANTED.**

Court directs plaintiff to give his contact information to the Clerk.

**10:19 a.m.**     Court in recess.

Hearing concluded.

Total time in court:  00:17