IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02533–EWN–MJW

THOMAS MONTOYA,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO,
in their official and individual capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and
individual capacity,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLEN, in his official and
individual capacity,
DAVID PLATT, in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in
their official and individual capacities,
PARK COUNTY SHERIFF FRED WEGENER, in his official and individual
capacity,

    Defendants.

---

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a)(1), the following FINAL JUDGMENT is hereby entered as follows:

1. Pursuant to the written Order of Dismissal with Prejudice filed by Judge Edward W.

   Nottingham on August 3, 2006 it is

   **ORDERED** that:

   A.    The action is DISMISSED with prejudice as to Defendant David Platt, and

*Final Judgment*
*05-cv-02533-EWN-MJW*
*Judge Edward W. Nottingham*
*Page 2 of 3*

    B.    Each party is to pay his own costs and attorneys' fees.

2. Pursuant to the written Order and Memorandum of Decision filed by Judge Edward W. Nottingham on March 14, 2007, it is

**ORDERED** that:

    A.    Defendants' Motion for Summary Judgment (#67, filed August 14, 2006) is GRANTED;

    B.    Judgment is entered in favor of Defendants Board of County Commissioners, Chaffee County, Colorado, in their official and individual capacities; Chaffee County Sheriff Timothy Walker, in his official and individual capacity; Chaffee County Deputy Sheriff Scott Glen, in his official and individual capacity; David Platt, in his official and individual capacity; Board of County Commissioners, Park County, Colorado, in their official and individual capacities; and Park County Sheriff Fred Wegener, in his official and individual capacity, and against Plaintiff Thomas Montoya;

    C.    The action and complaint are DISMISSED with prejudice; and

    D.    Defendants' shall have their costs upon the proper filing of a Bill of Costs within eleven days of the date of said Order and Memorandum of Decision.

Dated this 23rd day of March, 2007.

*Final Judgment*
*05-cv-02533-EWN-MJW*
*Judge Edward W. Nottingham*
*Page 2 of 3*

| APPROVED BY THE COURT: | ENTERED FOR THE COURT: |
|---|---|
|  | GREGORY C. LANGHAM, CLERK |
| <u>s/ Edward W. Nottingham</u> | <u>By: s/Stephen P. Ehrlich</u> |
| EDWARD W. NOTTINGHAM | Stephen P. Ehrlich |
| United States District Judge | Chief Deputy Clerk |