# BILL OF COSTS

| United States District Court | DISTRICT OF COLORADO |
|---|---|
| THOMAS MONTOYA, | DOCKET NO. 05-cv-02533-EWN-MJW |
| V. | MAGISTRATE CASE NO. |
| BOARD OF COUNTY COMMISSIONERS OF CHAFFEE COUNTY, et al. | |

Judgment having been entered in the above entitled action on  March 23, 2007  against Plaintiff the clerk is requested to tax the following as costs:

## BILL OF COSTS

| | |
|---|---|
| Fees of the clerk ................................................................................................................................. | $ -0- |
| Fees for service of summons and complaint ................................................................................... | $ -0- |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ........................ | $ 1578.10 |
| Fees and disbursements for printing ............................................................................................... | $ 25.00 |
| Fees for witnesses (itemized on reverse side) ................................................................................ | $ -0- |
| Fees for exemplification and copies of papers necessarily obtained for use in the case .............................................. | $ 324.29 |
| Docket fees under 28 U.S.C. § 1923 .............................................................................................. | $ -0- |
| Costs incident to taking of depositions ........................................................................................... | $ -0- |
| Costs as shown on Mandate of Court of Appeals ........................................................................... | $ -0- |
| Other costs (Please itemize) ........................................................................................................... | $ -0- |
| | $ |

**Please review and comply with D.C.COLO.LCivR .54.1**

**(See Notice section on reverse side)**

**TOTAL** $ 1927.39

## DECLARATION

I declare under penalty of perjury that the foregoing costs a5600/20 re correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to: Thomas Montoya and Anthony Melonakis, Esq.

Signature of Attorney: s/ Andrew D. Ringel

Print Name: Andrew D. Ringel, Esq.      Phone Number: 303-628-3300

For: Defendants BOCC of Chaffee County, Timothy Walker, BOCC of Park County, and Fred Wegener
Name of Claiming Party

Date: March 26, 2007

| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: | Date and Time: March 29, 2007, at 9:00 a.m. |
|---|---|
| Costs are hereby taxed in the following amount and included in the judgment: | Amount Taxed $ |
| CLERK OF COURT  GREGORY C. LANGHAM | (BY) DEPUTY CLERK  DATE: |

Thomas Montoya v. Board of County Commissioners, Chaffee County, Colorado,
Chaffee County Sheriff Timothy Walker, Chaffee County Deputy Sheriff Scott Glenn,
David Platt, Board of County Commissioners, Park County, Colorado,
and Park County Sheriff Fred Wegener

Civil Action No. 05-cv-02533-EWN-MJW

## DEFENDANTS BILL OF COSTS

**Copies:**

| | |
|---|---:|
| Summary Judgment | 25.00 |
| Employment records from the Department of Corrections | 239.14 |
| Employment records from Westaff | 27.33 |
| Medical records from Florence Medical Center | 15.06 |
| Medical records from St. Thomas More Hospital | 42.76 |
| **Total:** | **349.29** |

**Depositions:**

| | |
|---|---:|
| Thomas Montoya | 840.40 |
| David Platt | 271.50 |
| Scott Glenn | 279.30 |
| Timothy Walker | 186.90 |
| **Total:** | **1578.10** |

**Grand Total:     1927.39**