# STATE OF COLORADO

COLORADO DEPARTMENT OF CORRECTIONS

Office of Human Resources
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719)226-4400
Fax: (719)226-4411



Bill Owens
Governor

Joe Ortiz
Executive Director

June 23, 2006

Hall and Evans, LLC, Attorneys at Law
Catherine Mandis, Paralegal
1125 Seventeenth Street, Suite 600
Denver, CO 80202-2037

A/P RECEIVED

JUL 07 2006

DENVER SALES TAX INCL. ☐ 16.89
DENVER USE TAX OWED $ _____

$239.14

Re:  Personnel Records of Thomas Montoya

## INVOICE FOR PERSONNEL RECORDS
## THOMAS MONTOYA

221 PAGES AT $1.25 PER PAGE..................................................................$222.25

Payment due upon receipt. Please make check payable to Colorado Department of Corrections and remit to:

Colorado Department of Corrections
Office of Human Resources
Attn: Neta Bruch
2862 S Circle Drive
Colorado Springs, CO 80906

WORLD HEADQUARTERS
298 N. WIGET LANE
WALNUT CREEK, CA 94598

BONNIE A. MCDONALD
VICE PRESIDENT AND GENERAL COUNSEL

KENNETH M. PERSCHEID
VICE PRESIDENT AND LITIGATION COUNSEL

# Westaff

WESTAFF (USA), INC.

OFFICE OF THE GENERAL COUNSEL

MAILING ADDRESS
POST OFFICE BOX 9280
WALNUT CREEK, CA 94598-0980

TELEPHONE: (925) 930-5300
FACSIMILE: (925) 937-0593
www.westaff.com

July 10, 2006

Catherine Mandis
Hall & Evans, LLC
1125 17th Street, Suite 600
Denver, CO 80202

RE:  Thomas Montoya
     05-cv-02533-EWN-MJW

Dear Ms. Mandis:

Enclosed is information responsive to the request for employment records and authorization signed by Thomas Montoya which was received in the legal department on July 10, 2006.

Reasonable costs pursuant to California Evidence Code Section 1563(b)(1) for the production of business records are:

| | | | |
|---|---|---|---|
| Clerical Services: | 1 hrs. | @ $24.00/hr. | $24.00 |
| Copies: | 14 pgs. | @ $.10/page | 1.40 |
| | | | 25.40 |

**BALANCE DUE**                                                                $25.40

Please make your check payable to Westaff (USA), Inc. and send it to the attention of Patty Bergmann at the above mailing address. Our Federal Tax ID number is 68-0095781.

Thank you for your cooperation.

Very truly yours,

*Patty Berg*

Patty Bergmann
Legal Assistant

Enclosures

A/P RECEIVED

JUL 1  2006

DENVER SALES TAX INCL. ☐
DENVER USE TAX OWED $  1.93

$27.33

## FLORENCE MEDICAL CENTER, LLC

N.G. MACLEOD, MD
J.T. McGARRY, MD
R.G. STRAIGHT, FNP & PA-C
C.J. BUCHANAN, MD

501 West 5th Street
Florence, CO 81226
phone: (719)784-4816
fax: (719)784-6014

TAX ID 84-1445602



Date: 6-28-6

To Whom It May Concern:

Re: Thomas Montoya

Enclosed please find the copies you requested for the above mentioned patient.

The cost for these records will be $ 14.00 . Please forward this to us at the above address.

Thank You,

Debi

17995
D-2

**A/P RECEIVED**

JUL 07 2006

DENVER SALES TAX INCL. ☐ 1.06
DENVER USE TAX OWED $_____

$15.06

# PrePay Notice



FIRST NOTICE

Date Sent: 06/30/2006

SECOND NOTICE

Date Sent:

Patient: **MONTOYA, THOMAS**
SSN: 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
Claim/File#:
Order#: 2093483
Fax#: 303-628-3368

C MANDIS
HALL & EVANS
1125 17TH ST
STE 600
DENVER, CO 80202

[IMG][CO]

cords requested from: **ST THOMAS MORE HOSPITAL**

ar Requester:

cure Health Information Corp. has been retained by the medical facility listed above to handle release of information quests such as yours. The purpose of this letter is to obtain a PREPAYMENT prior to copying the records.

| ervice dates requested | All Dates | | |
|---|---|---|---|
| ems requested | ALL | | |
| ages as per Request: | 60 | Fee Quote as per Request: | $ 39.74 |
| otes: | | | |

### Credit Card Payment Information

| ame: | | Daytime Phone: | |
|---|---|---|---|

signing below, I understand that I am agreeing to the selected fees for records, that I will be contacted for credit card payment en the records are copied, and that the records will not be sent until my credit card transaction is approved.

| y: | | Date: | |
|---|---|---|---|

ERT ITEMS" = Dictated notes, radiology reports, lab reports, special test results, etc.

ase send this form and your check or money order made payable to **SECURE HEALTH INFORMATION** to the address shown ow. **PLEASE DO NOT SEND CASH!** A payment must be received within two weeks of the first notice. If your PREPAYMENT not been received within two weeks, your request shall be considered cancelled and an updated request and authorization be required. Please note that it may take up to 15 business days from the date your request is *received* for your request to be cessed. If you have any questions regarding this notice, please contact Customer Relations at 303-432-1300.

*Secure Health Information Corp.  Tax ID No. 91-1948801*
*PO BOX 2078  WHEAT RIDGE CO 80034-2078*
*Phone 303-432-1300  * Fax 303-432-1301*

A/P RECEIVED

JUL 07 2006

DENVER SALES TAX INCL. ☐
DENVER USE TAX OWED $ 3.02

$42.76

*Carpenter Reporting, Inc.*
*12510 East Iliff*
*Suite 120*
*Aurora, CO 80014*

Phone (303)752-1200
Fax   (303) 306-9035

Email crinc14@qwest.net

RECEIVED
JUL 3 1 2006

Andrew D. Ringel, Esq.
HALL & EVANS, LLC
1225 17th Street
Suite 600
Denver, CO   80202

Invoice #
14988

07/31/2006        764

Re: Montoya   v Chaffee County, et al.
Assignment Date: July 24, 2006

Deposition Of Thomas Montoya

| | |
|---|---:|
| Original and one copy | 711.75 |
| Appearance Fee | 100.00 |
| Delivery | 12.00 |
| Exhibits | 16.65 |
| Total Amount $ | 840.40 |

bc
Thank You.

CARPENTER REPORTING
Federal Tax Id#:  84-1349678

...ys Service Center, Inc.
...eoConference Center of Denver
475 Seventeenth Street, Suite #450
Denver, CO 80202
(303) 295-3376   Fax (303) 295-1441

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 6500 | 08/09/2006 | 01-3113 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/19/2006 | REED | 05CV02533-E |

| CASE CAPTION |
|---|
| MONTOYA v. BOARD OF COUNTY COMMISSIONER |
| TERMS |
| Due upon receipt |

Edmund M. Kennedy, Esq.
Hall & Evans, LLC
1125 Seventeenth Street
Suite 600
Denver, CO 80202

```
*DEPOSITION TRANSCRIPTION COPY OF:                                271.50
   DAVID PLATT

                                      TOTAL DUE  >>>>             271.50
```

RECEIVED
AUG 1 0 2006

TAX ID NO.: 45-0479008                                      (303) 628-3300

*Please detach bottom portion and return with payment.*

Edmund M. Kennedy, Esq.
Hall & Evans, LLC
1125 Seventeenth Street
Suite 600
Denver, CO 80202

```
Invoice No.:   6500
Date       :   08/09/2006
TOTAL DUE  :      271.50


Job No.    :   01-3113
Case No.   :   05CV02533-EWN
MONTOYA v. BOARD OF COUNTY COMMISSIO
```

Remit To:   Attorneys Service Center, Inc.
            VideoConference Center of Denver
            475 Seventeenth Street, Suite #450
            Denver, CO 80202

.eys Service Center, Inc.
.eoConference Center of Denver
,75 Seventeenth Street, Suite #450
Denver, CO 80202
(303) 295-3376   Fax (303) 295-1441

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 6549 | 08/13/2006 | 01-3144 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/31/2006 | REED | 05CV02533-E |
| CASE CAPTION | | |
| MONTOYA v. BOARD OF COUNTY COMMISSIONER | | |
| TERMS | | |
| Due upon receipt | | |

Edmund M. Kennedy, Esq.
Hall & Evans, LLC
1125 Seventeenth Street
Suite 600
Denver, CO 80202

```
*DEPOSITION TRANSCRIPTION COPY OF:
    SCOTT GLENN                                              279.30
                                                             ------
                                TOTAL   DUE   >>>>           279.30

*Sent via E-Transcript.
```

RECEIVED AUG 1 8 2006

TAX ID NO.: 45-0479008                                  (303) 628-3300

*Please detach bottom portion and return with payment.*

Edmund M. Kennedy, Esq.
Hall & Evans, LLC
1125 Seventeenth Street
Suite 600
Denver, CO 80202

```
Invoice No.:  6549
Date       :  08/13/2006
TOTAL DUE  :     279.30



Job No.    :  01-3144
Case No.   :  05CV02533-EWN
MONTOYA v. BOARD OF COUNTY COMMISSIO
```

Remit To:   Attorneys Service Center, Inc.
            VideoConference Center of Denver
            475 Seventeenth Street, Suite #450
            Denver, CO 80202

Attorneys Service Center, Inc.
VideoConference Center of Denver
475 Seventeenth Street, Suite #450
Denver, CO 80202
(303) 295-3376   Fax  (303) 295-1441

# I N V O I C E

| INVOICE NO. | DATE | JOB NUM. |
|---|---|---|
| 6571 | 08/19/2006 | 01-3152 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/08/2006 | DAVISK | 05CV02533-E |

| CASE CAPTION |
|---|
| MONTOYA v. BOARD OF COUNTY COMMISSIONER |
| TERMS |
| Due upon receipt |

Edmund M. Kennedy, Esq.
Hall & Evans, LLC
1125 Seventeenth Street
Suite 600
Denver, CO 80202

```
*DEPOSITION TRANSCRIPTION COPY OF:
    TIMOTHY WALKER                                              186.90

                                     TOTAL   DUE   >>>>         186.90

*Sent via E-Transcript.
```

AUG 2 5 2006

TAX ID NO.: 45-0479008                                    (303) 628-3300

*Please detach bottom portion and return with payment.*

Edmund M. Kennedy, Esq.
Hall & Evans, LLC
1125 Seventeenth Street
Suite 600
Denver, CO 80202

```
Invoice No.:  6571
Date       :  08/19/2006
TOTAL DUE  :    186.90


Job No.    :  01-3152
Case No.   :  05CV02533-EWN
MONTOYA v. BOARD OF COUNTY COMMISSIO
```

Remit To:   Attorneys Service Center, Inc.
            VideoConference Center of Denver
            475 Seventeenth Street, Suite #450
            Denver, CO 80202

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02533-EWN-MJW

THOMAS MONTOYA,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, CHAFFEE COUNTY, COLORADO, in their official and individual capacities,
CHAFFEE COUNTY SHERIFF TIMOTHY WALKER, in his official and individual capacity,
CHAFFEE COUNTY DEPUTY SHERIFF SCOTT GLENN, in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS, PARK COUNTY, COLORADO, in their official and individual capacities,
PARK COUNTY SHERIFF FRED WEGENER, in his official and individual capacity,

      Defendants.

---

**CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCIV.R. 54.1**

---

Defendants Board of County Commissioners of Chaffee County, Timothy Walker, Board of County Commissioners of Park County, and Fred Wegener, by and through their counsel of record, Andrew D. Ringel, Esq. and Edmund M. Kennedy, Esq., of Hall & Evans, L.L.C., hereby submits their Certificate of Compliance with D.C.Colo.LCiv.R. 54.1, as follows:

    1.    Prior to submitting these Defendants' Bill of Costs submitted contemporaneously herewith, the undersigned counsel for these Defendants attempted to confer with the Plaintiff Thomas Montoya, who is appearing *pro se* in this matter, by sending the attached letter to Mr. Montoya on March 20, 2007. Prior to the time it became necessary to submit these Defendants'

Bill of Costs, Mr. Montoya had not responded to the undersigned counsel's March 20, 2007, letter so his position with respect to these Defendants' costs remains unknown.

WHEREFORE, Defendants Board of County Commissioners of Chaffee County, Timothy Walker, Board of County Commissioners of Park County, and Fred Wegener respectfully submit the foregoing Defendant's Certificate of Compliance with D.C.Colo.LCiv.R. 54.1.

Dated this 26th day of March, 2007.

Respectfully submitted,

s/Andrew D. Ringel
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com
kennedye@hallevans.com

**ATTORNEYS FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, FRED WEGENER, BOARD OF COUNTY COMMISSIONERS OF CHAFFEE COUNTY AND TIMOTHY WALKER**

**H&E HALL & EVANS** LLC
ATTORNEYS AT LAW

Hall & Evans, L.L.C., Attorneys at Law

*1125 Seventeenth Street, Suite 600, Denver, Colorado 80202-2052*
*Tel: 303-628-3300  Fax: 303-628-3368*

*www.hallevans.com*

Andrew D. Ringel
ringela@hallevans.com
(303) 628-3453

March 20, 2007

File No. 6271-475

Mr. Thomas Montoya
675 Family Center Drive, #46
Canon City, CO 81212

    Re:    *Thomas Montoya v. Board of County Commissioners, Chaffee County, Colorado, et. al.,* United States District Court for the District of Colorado, Civil Action No. 05-cv-02533-EWN-MJW

Dear Mr. Montoya:

    Pursuant to D.C.Colo.LCiv.R. 54.1, I am required to confer with you about the Bill of Costs I intend to submit on behalf of my clients before doing so. Enclosed is a draft Bill of Costs. The deadline for me to file it with the District Court is March 26, 2007. Please advise before that date whether you agree that my clients are entitled to recover the amount listed in the Bill of Costs or not so that I may inform the District Court. In addition, counsel for Defendant Scott Glenn, Anthony Melonakis, Esq., has set a hearing with the Deputy Clerk on the Bill of Costs he filed on behalf of his client for March 29, 2007, at 9:00 a.m. I intend to schedule the hearing on the Bill of Costs for my clients at the same time. You may participate in the hearing by telephone if you provide me with a telephone number where you can be reached on that date and time by the Deputy Clerk so that I may provide it with the Bill of Costs I plan on submitting on behalf of my clients.

    Thank you for your attention. Please do not hesitate to contact me with any questions or concerns.

    Very truly yours,

    Andrew D. Ringel
    of HALL & EVANS, L.L.C.

Enclosure

cc:    Anthony Melonakis, Esq. (w/encl.)

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 26th day of March, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Anthony Melonakis, Esq.
a_melonakis@hotmail.com

and hereby certify that I have mailed or served the document or paper to the following non/CM/EMF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

Mr. Thomas Montoya
675 Family Center Drive, #46
Canon City, CO 81212

s/Loree Trout, Secretary to
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, FRED WEGENER, BOARD OF COUNTY COMMISSIONERS OF CHAFFEE COUNTY, AND TIMOTHY WALKER**