**FILED**
**UNITED STATES DISTRICT COURT**
DENVER, COLORADO

**MAR 29 2007**

GREGORY C. LANGHAM
CLERK

## BILL OF COSTS

| United States District Court | DISTRICT OF COLORADO |
|---|---|
| THOMAS MONTOYA, | DOCKET NO. 05-cv-02533-EWN-MJW |
| V. | MAGISTRATE CASE NO. |
| BOARD OF COUNTY COMMISSIONERS OF CHAFFEE COUNTY, et al. | |

Judgment having been entered in the above entitled action on **March 23, 2007** against Plaintiff, the clerk is requested to tax the following as costs:

### BILL OF COSTS

| | |
|---|---|
| Fees of the clerk | $ -0- |
| Fees for service of summons and complaint | $ -0- |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 1578.10 |
| Fees and disbursements for printing | $ 25.00 |
| Fees for witnesses (itemized on reverse side) | $ -0- |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ 324.29 |
| Docket fees under 28 U.S.C. § 1923 | $ -0- |
| Costs incident to taking of depositions | $ -0- |
| Costs as shown on Mandate of Court of Appeals | $ -0- |
| Other costs (Please itemize) | $ -0- |
| | $ |

**Please review and comply with D.C.COLO.LCivR .54.1**

**(See Notice section on reverse side)**

TOTAL $ ~~1927.39~~ **1578.10**

### DECLARATION

I declare under penalty of perjury that the foregoing costs a5600/20 re correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to: Thomas Montoya and Anthony Melonakis, Esq.

Signature of Attorney: s/ Andrew D. Ringel

Print Name: Andrew D. Ringel, Esq.      Phone Number: 303-628-3300

For: Defendants BOCC of Chaffee County, Timothy Walker, BOCC of Park County, and Fred Wegener
Name of Claiming Party

Date: March 26, 2007

| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: | Date and Time: March 29, 2007, at 9:00 a.m. |
|---|---|
| Costs are hereby taxed in the following amount and included in the judgment: | Amount Taxed $ 1,578.10 |
| CLERK OF COURT GREGORY C. LANGHAM | (BY) DEPUTY CLERK
DATE: 3/29/07 |