**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 23 2007

GREGORY C. LANGHAM
CLERK

☐ County Court   ☑ District Court

In The United States District Court
901, 19th Street
Denver, Co. 80294

Plaintiff(s)/Petitioner(s)
Thomas Montoya
v.
Board of County Commissioners, Chaffee County.
Defendant(s)/Respondent(s)

♦ COURT USE ONLY ♦

Party Without Attorney or Attorney (Name and Address):
Thomas Montoya
675 Family Center Dr. #46 Canon City Co. 81212
Phone Number:
FAX Number:
E-mail: thomas_mnty@yahoo.com
Atty. Reg. #:

Case Number: 05-cv-02533-EWN-MJW
United States District Court
Division     Courtroom

MOTION TO extend time (30 days)

For the following reasons: (cite any applicable law)
Retain Competent Counsel.

I request the Court to:
Please extend time (30 days) to enable me (Thomas Montoya) to gainfully retain Competent Counsel.

Dated: 04-23-2007

Thomas Montoya
☑ Petitioner/Plaintiff   OR   ☐ Respondent/Defendant

675 Family Center Dr. #46
Address

Canon City, Co. 81212
City, State and Zip Code

719-315-2439 Cell 719-371-2994
Telephone Number (Home)     (Work)

**CERTIFICATE OF MAILING**

I certify that on _____ (date) the original of this Motion was filed with the Court; and a true and accurate copy of this MOTION TO _____ was served on the other party(ies) by placing it in the United States mail, postage pre-paid and addressed to the following: _____

☐ Petitioner/Plaintiff   OR   ☐ Respondent/Defendant

JDF 76  5/02  MOTION TO



# SOOPERFAX SERVICE

## FAX TRANSMISSION COVER SHEET

DATE: 4-23-07   TIME: 2:45   PAGE 1 OF 1

TO: Attn: Clerk's Office   FROM: Thomas Montoya

PHONE #   FAX # 1-303-335-2714

COMMENTS: Motion to Extend time before Judge Nottingham.

RE-ORDER ITEM #72108

APR-23-2007  15:48         7192753855                                    P.01